

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Juleana Muma, Personal Representative of the ESTATE
OF DAVID TROY MUMA

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**v.**

See Attached

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:24-cv-13430
Judge: Cox, Sean F.
MJ: Stafford, Elizabeth A.
Filed: 12-20-2024
CMP Muma v. Flint Township Police Department, et al (tt)

Jury Trial:   ☑ Yes   ☐ No
          *(check one)*

FILED

DEC 20 2024

U.S. DISTRICT COURT
FLINT, MICHIGAN

## Complaint for a Civil Case

INCONSISTENT PAGE NUMBERS

List of Defendants Continued:

Defendant No. 1

Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507


Defendant No.2

Michael Schuyler, individually and officially

Job Title: Officer with Flint Township Police Department

Street Address: 5200 Norko Dr.

State and Zip Code: Michigan, 48507


Defendant No. 3

Alexander Minto, individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

Telephone: (810) 600-3250

E-mail address: a.minto@mi.ftpd.us


Defendant No. 4

Phillip McBride, Individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

Telephone Number: (810) 600-3250

Defendant No. 5

Douglas Hart, Individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507

Defendant No. 6

Name:   Jeremy Meiser, individually and officially

Job Title: Officer with Flint Township Police Department

Address: 5200 Norko Dr.

State and Zip Code: Michigan, 48507

Telephone: (810) 600-3250

Defendant No. 7

Name: Dexter Taylor

Job Title: Officer with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507

Telephone: (810) 600-3250

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Juleana Muma, PR of the Estate of David T. Muma |
| Street Address | 425 Balsam Dr. |
| City and County | Davison |
| State and Zip Code | Michigan |
| Telephone Number | (810) 241-4977 |
| E-mail Address | juleana1999@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 2

| | |
|---|---|
| Name | Michael Schuyler, individually and officially |
| Job or Title (if known) | Officer with Flint Township Police Department |
| Street Address | 5200 Norko Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan 48507 |
| Telephone Number | (810) 600-3250 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Alexander Minto, individually and officially |
| Job or Title (if known) | Detective with  Flint Township Police Department |
| Street Address | 5200 Norko Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan 48507 |
| Telephone Number | (810) 600-3250 |
| E-mail Address (if known) | a.minto@mi.ftpd.us |

2

Defendant No. 4

| | | |
|---|---|---|
| Name | Phillip McBride, individually and officially |
| Job or Title (if known) | Dectective with Flint Township Police Department |
| Street Address | 5200 Norko Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan 48507 |
| Telephone Number | (810) 600-3250 |
| E-mail Address (if known) | |

Defendant No. 5

| | | |
|---|---|---|
| Name | Douglas Hart, Individually and officially |
| Job or Title (if known) | Detective with Flint Township Police Department |
| Street Address | 5200 Norko Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan 48507 |
| Telephone Number | (810) 600-3250 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. ss 241, 42 U.S.C. ss 1983, 14th Amendment of the United States Constitution

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:
This horrific abuse of power has tormented us for seven years and the damages
awarded should be large enough to greatly discourage this behavior from ever
happening to other citizens of this Great State.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

The evening my dad was killed there was an active construction zone that was a very dangerous
stretch of highway and the warning signs began two miles before the crash site. The fast lane of
I-69 E was closed from the I-75 interchange to Hammerberg Rd. My dad was hit just 300
before the fast lane closure. Though the speed limit had been 60mph for at least a half a mile,
by the time a person got to the lane closure of an active work zone they would be expected to
be traveling a maximum of 45 mph. In her deposition Ms. Nolley admits "it was an active
construction zone with restricted lanes and estimated a speed limit of 55 or 45". It was also the
evening before Thanksgiving and end the of workday commute hour causing increased traffic.
The MDOT Engineer for this exact site was deposed in the presence of Attorney General James
Shell of the traffic division and that testimony showed anyone on the road that day entering at
Bristol Rd would have passed eight signs and have clearly been able to see the large blinking
arrowboard and barrels closing the fast lane just 300 ft ahead (on the highway that is just one
car lenght with safe distancing) This confirms that every defendant named, who were all on the
scene, knew and saw exactly what I just described. They are without excuse! This deposition
along with Nolley's phone records showing she was texting and driving for nine full minutes
with the last text initiated by her being made at 5:58pm. It is no coidcidence that is the reported
time of impact by 911 dispatch. In addition to the phone logs we received Ms. Nolley's cloud
data which she later admits to tampering with by way of deletions of the associated texts
approx. six months after the crash. In her depostition she said she wasn't manually texting and
her phone was sending auto responses like "I driving right now". Hon. Judge Latchana rules
spoiliation over this matter stating Nolley was in possession of evidence so if she destroyed it
the jury could infer that the content was negative to Ms. Nolley. I must add that the cloud data
we received showed a lot of disturbing things including a long pattern of Ms. Nolley playing
games on the highway taking selfies and provacative photos while driving even after she killed
my dad. We thought the cloud data was why the police took four years to release the file but it
wasn't. There still has not been given a reasonable explaination  of the withholding.

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are currently in U.S. Bankruptcy Court with Katherine L. Nolley, whom presented to the court the Flint Twp Pd Reports published stating that my Dad was at fault for his own death. Hon. Judge Mark Randon was clear that the evidence we presented, if confirmed could give rise to a ruling of non-dischargability; however Flint Twp Pd never amended the reports even after receiving the blackbox data, MDOT records and testimony, as well as the Verizon records and spoiliation ruling by the Circuit Court Judge Hon. Mark Latachana. These fraudulent reports have caused a miscarriage of justice both criminally and civilly.

I'm being charged approx. $7,000 for the bankruptcy attorney fees

I'm being charged $8,700 for an independant accident reconstruction

I've paid $2,500 two separate real estate attornies due to the fraud Nolley committed.

The funeral expenses were approx. $7,000 but we did receive approx. $1700 from the state

Our civil attorney said had we proceeded to trial we could have expected  $750,000

The punitive money damages I'm seeking are $2,000,000.00 due to the egregiousness behavior

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _December 21_, 20 _24_.

Signature of Plaintiff  _____

Printed Name of Plaintiff  _Juleana Nims_

**Additional Information:**
Despite all of the afore mentioned evidence, the Flint Township PD never amendended their reports. The Dective lied under oath while swearing out the charges under MCL 257.601d when the rightful charge should have been MCL 257.601b. We filed a complaint with the Internal Affairs department and Sgt. Matthew Vanlente, who happened to review and approved the initial witness statement, conducted the investigation of: the suppression of the construction zone (proving excessive not marginal speeding by Nolley) as well as the UD-10 that states my dad who was traveling in the 40's passed Ms. Nolley who was traveling in the 70's (of course that defies the Laws of Physics). Mr. Vanlente concluded in his report that our allegations are "without merit" This is the most egregious thing I've ever heard of; an agency so rouge that they investigate themselves and dismiss acts that are without excuse.

We also reported these same facts to Flint Township Supervisor Karyn Miller who states she, the Cheif and Attorney looked into the matter and deemed Flint Township PD did nothing wrong. The matter had been adjudicated properly. However, this is clearly a miscarriage of jsutice because Nolley, who had committed Class C Felony, that would have properly been adjudicated in Ciruit Court was charged with a misdemeanor, and the matter was adjudicatd in District Court with Nolley receiving just five days of community service. This is unbelievable!

7

JS 44 (Rev. 10/20)

County in which action arose: Genesee

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Juleana Muma, Personal Representative of, THE ESTATE OF DAVID TROY MUMA | See Attached |

| **(b)** County of Residence of First Listed Plaintiff    Genesee | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>        THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government
     Plaintiff

☑ 3 Federal Question
     *(U.S. Government Not a Party)*

☐ 2 U.S. Government
     Defendant

☐ 4 Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>    Student Loans<br>    (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>    Liability<br>☐ 320 Assault, Libel &<br>    Slander<br>☐ 330 Federal Employers'<br>    Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>    Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>    Product Liability<br>☐ 360 Other Personal<br>    Injury<br>☐ 362 Personal Injury -<br>    Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>    Product Liability<br>☐ 367 Health Care/<br>    Pharmaceutical<br>    Personal Injury<br>    Product Liability<br>☐ 368 Asbestos Personal<br>    Injury Product<br>    Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>    Property Damage<br>☐ 385 Property Damage<br>    Product Liability | ☐ 625 Drug Related Seizure<br>    of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>    28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>    New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>    Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>    3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>☐ 480 Consumer Credit<br>    (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>    Protection Act<br>☐ 490 Cable/Sat TV |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☑ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>    Accommodations<br>☐ 445 Amer. w/Disabilities -<br>    Employment<br>☐ 446 Amer. w/Disabilities -<br>    Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>    Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>    Conditions of<br>    Confinement | **LABOR**<br>☐ 710 Fair Labor Standards<br>    Act<br>☐ 720 Labor/Management<br>    Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>    Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>    Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>    Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>☐ 871 IRS—Third Party<br>    26 USC 7609 | ☐ 850 Securities/Commodities/<br>    Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>    Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>☐ 950 Constitutionality of<br>    State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation -
    Transfer

☐ 8 Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. ss 241

Brief description of cause:
The Flint Township Police on the scene all conspired to suppress the material fact that this crash was in a clearly marked active work zone

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?                    ☐ Yes
                                                                                 ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously       ☒ Yes
            discontinued or dismissed companion cases in this or any other      ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: 7th Circuit Court _____

Case No.: 2020-0000114474-NI _____

Judge: Hon. Mark W. Latchana _____


Notes :  Every member of the Flint Township PD who was on the scene saw the active work zone

List of Defendants Continued:

Defendant No. 1

Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507


Defendant No.2

Michael Schuyler, individually and officially

Job Title: Officer with Flint Township Police Department

Street Address: 5200 Norko Dr.

State and Zip Code: Michigan, 48507


Defendant No. 3

Alexander Minto, individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

Telephone: (810) 600-3250

E-mail address: a.minto@mi.ftpd.us


Defendant No. 4

Phillip McBride, Individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

Telephone Number: (810) 600-3250

Defendant No. 5

Douglas Hart, Individually and officially

Job Title: Detective with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507

Defendant No. 6

Name:   Jeremy Meiser, individually and officially

Job Title: Officer with Flint Township Police Department

Address: 5200 Norko Dr.

State and Zip Code: Michigan, 48507

Telephone: (810) 600-3250

Defendant No. 7

Name: Dexter Taylor

Job Title: Officer with Flint Township Police Department

Street Address: 5200 Norko Dr.

City and County: Flint, Genesee

State and Zip Code: Michigan, 48507

Telephone: (810) 600-3250

**MDOT**
Michigan Department of Transportation

# Inspector's Daily Report

12/11/2017 7:02 AM

FieldManager 5.3a

**Contract: 25085-115799, Roadway reconstruction, grading, drainage, traffic signals,**

| IDR Date | Day of Week | Seq. No. | Import Date | Project Engineer | Construction Engineer |
|---|---|---|---|---|---|
| 11/22/2017 | Wednesday | 1 | 10/23/2017 | Dewane Petzold, John Welch | Armando Lopez |

| Inspector's Initials-Name | Federal Project Number | Elec. Attachments |
|---|---|---|
| DS   Deveron Sanders | EMRP 1725(028) | None |

| Prime Contractor |
|---|
| Toebe Construction LLC |

| Entered By | Revised By | Revision Date | Revision No. |
|---|---|---|---|
| DS, Deveron Sanders | | | |

| Temperatures | | | | Weather |
|---|---|---|---|---|
| Low:   29 ° F | High:   32 ° F | | | Cloudy |

**MDOT**
Michigan Department of Transportation

# Inspector's Daily Report

## Comments

Note: Quantites for today's asphalt work will be posted later by Rick Brower (MDOT).

Contractor Activities:

I arrived on site at 8:00am, to find crews from Toebe and Ace-Saginaw on site prepping for work.

Toebe: Toebe had a 6-man team on site working on removal of the dual barrier wall in the median. They started at the wall near the gore to I-75, then worked their way through the two the trench drain areas to the east. Jeff Rowley (ROWE PSC) performed most of the inspection for this work up through approximately 6:30pm, then I took over for the remainder of the day. See Jeff's report for further information. At 6:30pm, Toebe was working on the barrier wall within the easternmost trench drain area that was paved earlier in the day. They completed the removal/relocation of the wall along the WB lanes by 9:00pm and began pulling back the traffic control devices to open the lane at that time. They then completed work on the wall along the EB lanes, pulling back the last few lane closure barrels by 9:20pm. They continued removing the traffic control devices along the EB lanes all the way to the immediate west of the I-75 overpasses, eventually opening up the lane to traffic at 10:35pm. Toebe left the site immediately afterwards.

Ace-Saginaw Paving: Ace-Saginaw began work this morning by prepping the gore at the WB I-69 to I-75 split for paving. They were looking to place a top course of approximately 2"+ of LVSP within the gore and two other trench drain areas to the east of the gore. They used a cycle of 5 flowboy trucks to transport the asphalt to the site. Asphalt surface temperatures at the time of the initial truck placement (beginning at the eastern end of the gore taper) ranged from $31.9 \cdot F$ to $32.7 \cdot F$ [and rising].

After completing paving on the gore, Ace-Saginaw moved on to the westernmost of the two trench drain areas and paved there. They worked on the EB side first, then flipped around to the WB side.
Once done there, they topped the easternmost trench drain area, working in the WB side first, then finished with the EB side, finishing work and leaving the site around 5:00pm.

I saw densities being taken by the contractor at various times throughout the day, but I did not directly observe any of those tests. 17 loads of HMA were delivered to the site today totaling 746.01T. I was unable to get a look into the final truck to determine waste, however, the final truck covered an area 32'x12.8', calculating to 5T. The final truck was 15.050T, giving a calculated waste of approximately 10.050T.

Other notes:
Jeff Rowley (ROWE PSC) was also on site during the day to perform inspection duties. See his report for further information.

I notified STOC via email of the lane openings once completed. The message was acknowledged via email responses from Jayda Perkins of STOC.

Site conditions – The work area was primarily surface dry.

DBE Activity: None

Project Visitors: John Welch (MDOT project manager) – John stopped by the site in the late afternoon to check on work progress.

SESC: No controls specified for this work

---

# Inspector's Daily Report

**(MDOT**
Michigan Department of Transportation

12/11/2017 7:02 AM

FieldManager 5.3a

Maintaining Traffic:
Traffic control devices and signs were in place as they had been yesterday and remained in place at the end of the day.

Accidents: A single-car, non-injury collision occurred in the late morning (approximately 11:15am). A woman driving WB in a small car had apparently lost control of her vehicle entering a curve and collided with the barrier wall. This took place approximately 1050' east of the easternmost I-69/I-75 split sign. There did not appear to be any direct construction-related cause for the incident. Genesee County Sheriff's officers responded (Deputy Metr); incident #1712503491.

Attachments: None

All workers are wearing reflective vests.
All Materials used on this project have been visually inspected to confirm that they conform to requirements as outlined in the Contractor's Material Source List and the MDOT Materials Source Guide.

## Contractors

| Contractor's Name | Personnel | No. | Hrs. | Equipment | No. | Hrs. |
|---|---|---|---|---|---|---|
| Ace-Saginaw Paving Company | Foreman | 1 | | Bomag BW120AD Roller | 1 | |
| | Laborers | 3 | | Case 60XT Skid Steer | 1 | |
| | Operator | 6 | | Cat AP1055F Paver | 1 | |
| | | | | Cat CB54 Roller | 1 | |
| | | | | Ingersoll-Rand Durapac Roller | 1 | |
| | | | | Pickup Truck | 1 | |
| | | | | Water Truck & Lowboy | 1 | |
| *Toebe Construction LLC* | Foreman - Rich Green | 1 | | Barrier wall lifter attachment | 2 | |
| | Laborers | 3 | | Cat 336E-Excavator | 1 | |
| | Operators | 2 | | Cat 938K Loader | 1 | |
| | | | | Cat D279D Skid Steer w/Broom | 1 | |
| | | | | Pickup Truck | 1 | |

Jennifer Sexton
**Reviewed By:** *Jennifer Sexton*  Feb 6 2018 11:15 AM
(Signature)              cosign

_____
(Date)

**MDOT**
Michigan Department of Transportation

**Inspector's Daily Report**

11/27/2017 10:31 AM

FieldManager 5.3a

**Contract: 25085-115799, Roadway reconstruction, grading, drainage, traffic signals,**

| IDR Date | Day of Week | Seq. No. | Import Date | Project Engineer | Construction Engineer |
|---|---|---|---|---|---|
| 11/22/2017 | Wednesday | 1 | 12/1/2017 | Dewane Petzold, John Welch | Armando Lopez |

| Inspector's Initials-Name | Federal Project Number | Elec. Attachments |
|---|---|---|
| jr   Jeff Rowley | EMRP 1725(028) | None |

**Prime Contractor**
Toebe Construction LLC

| Entered By | Revised By | Revision Date | Revision No. |
|---|---|---|---|
| jr, Jeff Rowley | | | |

| Temperatures | Weather |
|---|---|
| Low:   29 ° F     High:   34 ° F | Mostly Cloudy |

**MDOT**
Michigan Department of Transportation

**Inspector's Daily Report**

11/27/2017 10:31 AM

FieldManager 5.3a

## Comments

Contractor Operations:
-7:30am, Ace onsite getting equipment ready to place HMA.
-8am, Toebe onsite getting equipment ready to move temp conc barrier.
-10am, PK and GEAB is onsite.  PK is doing misc striping and GEAB is picking up traffic control devices.
-11am, I performed moisture and density checks on HMA with random numbers.  See 582B form for test results.
-2pm, Toebe begins moving temp conc barrier on both EB and WB 69 on west cross over.
-6pm, Contactor finished west cross over, moved to east cross over.
-7pm, I left site, see Devron IDR for remainder of day.

Note:See Devron IDR for contractors and equipment.

DBE Activities:
none

Traffic Control:
-WB and EB 69 left lane closed from I75 to Hammerberg.

All traffic control devices are in good condition and are as per the typicals detailed in the proposal for this project.

The traffic control devices that I have inspected on the portion of the project that I am assigned to, are in compliance with the Special Provision for "Maintaining Traffic" and with Part 6 of the MMUTCD

Accidents:
See Devron IDR

Safety:
All workers wearing reflective clothing.

Soil Erosion/Sediment Control (SESC):
none

Project Visitors:
none

MDOT Forms:
582B

Attachments:
582B 2017-11-22 JR

Materials:
All Materials used on this project have been visually inspected to confirm that they conform to requirements as outlined in the Contractor's Material Source List and the MDOT Materials Source Guide.

## Item Postings

| Item/Material Description | Item Code | Prop. Line | Project | Category | Quantity | Unit | Location | Brkdwn ID | Attn |
|---|---|---|---|---|---|---|---|---|---|
| Conc Barrier, Temp, Relocated | 8120083 | 3140 | 115799A | 0001 | 1,078.000 | Ft | EB & WB 69 West Crossover | 012 | |
| Contractor:   Toebe Construction LLC | | | | | | | | | |
| Item Remarks: Moved to match existing center barrier wall for winter. | | | | | | | | | |

---

**Contract: 25085-115799**          **IDR: 11/22/2017, jr, 1**          Page 2 of 3



Jennifer Sexton
Feb 6 2018 11:15 AM

cosign



EXHIBIT
Notch
No. 25-2273-G
Tibbels

## MICHIGAN DEPARTMENT OF TRANSPORTATION

### SPECIAL PROVISION FOR MAINTAINING TRAFFIC, PERMANENT SIGNING AND PAVEMENT MARKING

...

**a. Description.** This work consists of providing all labor, materials, and equipment required to maintain traffic as specified for the reconstruction of I-69 including the removal of the existing roadway, concrete pavement construction, storm sewer and culvert replacement, ditching, permanent sign replacement, right-of-way fencing replacement, guardrail replacement, freeway lighting, and bridge deck replacements and widening. The project is 2.08 miles in length and extends from approximately 1,000 feet east of Ballenger Highway easterly to approximately 500 feet west of Fenton Road. The project also includes the six ramps at the Hammerberg Road interchange, and substructure work on the four bridges carrying I-69 over I-75. ...

**c. Construction Influence Area (CIA).** The CIA will include the right-of-way (ROW) of the following roadways, within the approximate limits described below. The CIA also includes the ROW of any intersecting roads adjacent to the work zone and any detour route for approximately 0.5 miles in advance of the project limits or as far as the advanced construction signing is required.

1. On I-69 from approximately 2 miles west of Ballenger Highway to 2 miles west of Fenton Road.

2. Entrance and exit ramps at the interchange of I-69 and Hammerberg Road. ...

**d. Traffic Restrictions.** ...

6. The posted speed limit on I-69 during construction will be reduced to 60 miles per hour (mph) when barrier wall is present, and to 45 mph "where workers present" within the project limits.

```
 1                    STATE OF MICHIGAN

 2          IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

 3

 4    Juleana Muma, Personal
      Representative of the
 5    Estate of David Troy Muma,

 6             Plaintiff,
                                        Case No. 2020-114474-NI
 7    vs.
                                        Hon. Mark W. Latchana
 8    Katherine Lillian Nolley,
      Individually, and d/b/a
 9    NJEM, LLC, a/k/a Merle Norman
      Cosmetics and/or Merle Norman
10    Salon & Spa,

11             Defendants.
                                   /
12    _____

13

14          VIDEO DEPOSITION OF JOHN L. WELCH, II

15

16       Taken by the Plaintiff at the Offices of Hamo Law Firm,

17       614 South Grand Traverse, Flint, Michgian, on the 25th

18       day of October, 2022, commencing at or about 1:06 p.m.

19    APPEARANCES:

20

21    For the Plaintiff:      MR. GEORGE R. HAMO  (P33033)
                              Hamo Law Firm
22                            614 South Grand Traverse Street
                              Flint, Michigan  48502-1209
23                            (810) 234-3667
                              ghamo@hamolaw.com
24

25
```

```
 1  APPEARANCES (Continued):

 2

 3  For the Defendant:        Mr. CHARLES C. COLLISON  (P46140)
    (Nolley)                  Collison & Collison P.C.
 4                            5811 Colony Drive North
                              P.O. Box 6010
 5                            Saginaw, Michigan  48638-5716
                              (989) 799-3033
 6                            chasjr@saginaw-law.com

 7

 8

 9

10  REPORTED BY:              Mr. David S. Ripka, CSR 2175
                              Certified Shorthand Reporter
11                            daveripka9@comcast.net
                              (800) 542-4531
12

13

14  ALSO PRESENT:             JAMES C. SHELL (42250)

15                            TRACY CLEGG, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25
```

```
 1              INDEX OF WITNESS

 2
        WITNESS                                    PAGE
 3

 4    SEPARATE RECORD                              5-9

 5    JOHN L. WELCH, II

 6         Direct Examination by Mr. Hamo          11

 7         Cross-Examination by Mr. Collison       47

 8         Redirect Examination by Mr. Hamo        61

 9

10

11

12

13
                    INDEX OF EXHIBITS
14

15    EXHIBIT              DESCRIPTION            MARKED

16
      Exhibit 1     Michigan Department of Transportation   10
17                  Special Provision for Maintaining
                    Traffic, Permanent Signing and
18                  Pavement Marking  (Single Document)

19    Exhibit 1-A   Enlargement of Exhibit 1                10

20    Exhibit 2     Aerial View Photograph of Construction  10
                    Area
21    Exhibit 2-A   Enlargement of Aerial View Photograph of  10
                    Construction Area
22    Exhibit 3     Aerial View Photograph of Construction  10
                    Area (2 Pages)
23    Exhibit 3-A   Enlargement of Aerial View Photograph of  10
                    Construction Area (2 Enlargements)
24

25
```

```
 1  ─────────────────────────────────────────────────────

 2              INDEX OF EXHIBITS   (CONTINUED)

 3  ─────────────────────────────────────────────────────

     EXHIBIT                DESCRIPTION              MARKED
 4  ─────────────────────────────────────────────────────

 5
     Exhibit 4    MDOT Sign Sequence Plan Sheets
 6                (2 Pages)
     Exhibit 4-A  Enlargement of MDOT Sign Sequence      10
 7                Plan Sheets (2 Enlargements)
     Exhibit 5    Full Document Michigan Department of    16
 8                Transportation Special Provision for
                  Maintaining Traffic, Permanent Signing
 9                and Pavement Marking
     Exhibit 6    Video                                   63
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              Flint, Michigan

 2                              Tuesday, October 25, 2022

 3                              1:06 p.m.

 4                    P R O C E E D I N G S

 5                *    *    *    *    *    *    *

 6            S E P A R A T E   R E C O R D

 7            MR. HAMO:  Okay.  Let's go on the record.

 8            The record will reflect that we're making a

 9       Separate Record so that Mr. Collison can put on whatever

10       objections he'd like to put on to this deposition of John

11       Welch.  And we're doing that, of course, so that we can

12       have -- hopefully have a much cleaner transcript of the

13       actual testimony of Mr. Welch.

14            With that, Charlie, go ahead.

15            MR. COLLISON:  Thank you.

16            Just for purposes of the record, I'm placing

17       objections to the taking of the deposition of this

18       witness.  The specific objection is to the fact that the

19       witness was not properly listed as a witness on any

20       witness list filed by Plaintiff.  Discovery has long

21       since closed.  I believe it's a violation of the court's

22       order in this case as far as scheduling and so forth,

23       violation of Court Rules, specifically 2.41.  So, the

24       defense would request -- would object to this -- the

25       testimony being used and submitted at the time of trial
```

```
 1    proceedings.

 2              Also, I believe there will be no indication as

 3    to unavailability of the witness.  This has been

 4    scheduled as a de bene esse deposition.

 5              Further, I'm placing objections as to Exhibits

 6    1 through 5 that have been provided and intended to be

 7    used in this case as well as the demonstrative exhibits

 8    that I believe will be used during this deposition.  The

 9    basis for the objection is all of the exhibits are

10    hearsay in nature.  I believe there will be no

11    foundational requirements met, and there's no exemptions

12    for the hearsay nature of the documents that are

13    identified as exhibits.

14              Also, I would indicate that the -- many of the

15    exhibits themselves are altered or edited from presumably

16    original copies and, in fact, some even highlighted in

17    areas.  I would object to that.  And to the use of those

18    exhibits during the course of the deposition and

19    presumably to be requested be admitted into evidence at

20    the time of the trial, the defense would object.

21              Again, we would move that both the witness here

22    today and exhibits to be used be stricken.  Thank you.

23              MR. HAMO:  Okay.  Quick response to that.

24              The witness list does list -- the Plaintiff's

25    witness list does list any necessary authentication and
```

```
 1        rebuttal witnesses.  And as far as exhibits, it lists any

 2        documents received from the Michigan Department of

 3        Transportation.

 4                 The Defendant's witness list also lists all

 5        road maintenance records.  The only road here that's in

 6        question is I-69.

 7                 The unavailability argument is something that

 8        the court can take up.  Mr. Welch has work, and we don't

 9        know what day this trial is going to go.  And it's not

10        uncommon that de bene esse video depositions be done

11        ahead of time so as not to conflict with somebody's work

12        schedule.  And we have trial dates that have come and

13        gone and come and gone.  And we just can't plan on that.

14        And you never know what's going to happen.

15                 As far as the exhibits, they're all proper

16        exhibits.  They fall in line with Mr. Welch's competency

17        as a witness under MRE 601, his availability to provide

18        opinion testimony under 701, the records of regular

19        conducted activity under 803.6, public records and

20        reports under 803.8.  It also would be covered by 803.24.

21        And they also would be admissible and covered under rule

22        901(b)(1), 901(b)(7) and 901(b)(9) regarding

23        authentication.  Also would be covered by 902,

24        self-authentication, Rule 1005, public records.  And then

25        the exhibits charts are also covered under Rule 1006
```

 1          under "Summaries," those all being evident rules under

 2          the Michigan Rules of Evidence.

 3                    We've completed our Separate Record.  Now, we

 4          can continue with the deposition.

 5                          (Discussion off the record)

 6                    MR. COLLISON:  I may want to add, if I can

 7          could have a continuing objection, because otherwise I'm

 8          going to be objecting to each time you use one of these

 9          exhibits --

10                    MR. HAMO:  We're still on  this last Separate

11          Record here.

12                    MR. COLLISON:  Yeah.  If we can continue on the

13          Separate Record.

14                    If I can have a continuing objection as to the

15          exhibits, any questions asked regarding these exhibits.

16                    MR. HAMO:  You can have a continuing objection

17          with the objections as you laid forth -- set forth, yes.

18                    MR. COLLISON:  All right.  I want to make that

19          clear, because otherwise I will be objecting after almost

20          every question you ask on these exhibits.

21                    MR. HAMO:  Which was the whole reason why I

22          wanted to make -- I requested --

23                    MR. COLLISON:  Right.

24                    MR. HAMO:  -- and you agreed to make a Separate

25          Record.

```
 1              MR. COLLISON:  Right.  However, I want to
 2      clarify that, so --
 3              MR. HAMO:  We just did, and you had a
 4      continuing one, so --
 5              MR. COLLISON:  Good.
 6              MR. HAMO:  -- that's fine.  Because I
 7      don't want a -- I don't want a record, just as much I
 8      appreciate as you on either, where every question I ask
 9      you object to.  And why even make a Separate Record,
10      then, if that was the whole purpose of it to begin with.
11              MR. COLLISON:  Well, there -- We -- We can go
12      off at this point.
13              (END OF SEPARATE RECORD 1:23 p.m.)
14                  *    *    *    *    *    *
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                              Flint, Michigan
 2                              Tuesday, November 25, 2022
 3                              1:24 p.m.
 4              P R O C E E D I N G S
 5              (Exhibit Numbers 1, 1-A, 2, 2-A, 3, 3-A,
 6              4, 4-A, were marked for
 7              identification)
 8         VIDEOGRAPHER:  We are now on the record.
 9              This is the video-recorded deposition of John
10    Welch, II, being taken on Tuesday, October 25th, 2022.
11    The time is now 1:24 p.m.  We are located at 614 South
12    Grand Traverse Street in Flint, Michigan.
13              This deposition is being taken on behalf of the
14    Plaintiffs in the matter of Juleana Muma, Personal
15    Representative of the Estate of David Troy Muma, versus
16    Katherine Lilly -- Lillian Nolley, Case Number
17    2020-114474-NI, being held in the Circuit Court for the
18    County of Genesee before the Honorable Mark W. Latchana.
19              Will all attorneys please identify themselves
20    for the record.
21         MR. HAMO:  George Hamo for the Plaintiff.
22         MR. COLLISON:  Charles Collison on behalf of
23    Defendant Nolley.
24         VIDEOGRAPHER:  Will the court reporter please
25    swear in the witness.
```

```
 1                COURT REPORTER:  Sir, would you raise your
 2      right hand, please.
 3                     JOHN L. WELCH, II,
 4      having been duly sworn by the Court Reporter, was
 5      examined, and testified on his oath as follows:
 6                     DIRECT EXAMINATION
 7  BY MR. HAMO:
 8  Q     Sir, what is your name?
 9  A     John Lawayne Welch, II.
10  Q     And where are you employed?
11  A     Michigan Department of Transportation at the Davison
12        Transportation Center.
13  Q     Is the acronym for Michigan Department of Transportation
14        typically called MDOT?
15  A     It is.
16  Q     Okay.  How long have you been employed by MDOT?
17  A     Just over five years.
18  Q     What is your --
19  A     Almost six years.
20  Q     Almost six years, okay.
21              What is your current role or title with MDOT?
22  A     My current title is assistant construction engineer.
23  Q     Were you in that same role on November 22nd, 2017?
24  A     Yes.  That's the only role I've ever had with MDOT.
25  Q     Okay.  In that role, were you and are you familiar with
```

```
 1          the I-69 road maintenance and reconstruction project of

 2          I-69 that began I believe in 2017?

 3   A      I am.

 4   Q      When approximately did that road job begin, Mr. Welch,

 5          and when approximately did it end?

 6   A      We began in August of 2017 with maintenance and prep work

 7          for the reconstruction that was to be done in 2018.  So

 8          in 2017, we did preparation work starting in August.  And

 9          I can go into more detail on that if you want me to.  But

10          that went through -- up until -- in

11          November/December-ish.

12                 And then 2018 was reconstruction of the road.

13          2019 we finished up what we didn't get done in '18.  And

14          then we -- we had a -- a little bit of work that extended

15          into 2020 as well.

16   Q      Okay.  So -- so -- so the project began then in August

17          2017, as you said, with some maintenance and prep work,

18          that continued on, and then it completed approximately

19          sometime in 2020?

20   A      Yeah.  2017 we had to build the crossovers, meaning

21          crossovers to push traffic to one -- one side of the

22          road.  And then we -- on the eastbound, we also -- we did

23          some joint repair and -- and widening work on -- on -- on

24          eastbound to facilitate that two-way traffic on -- over

25          on the eastbound.
```

```
 1   Q   Okay.  So that work, this -- like many large -- larger

 2       road projects, it's done in stages; is that correct?

 3   A   Correct.

 4   Q   Okay.  What was your role with this project?

 5   A   I worked under the -- under the construction engineer,

 6       Armando Lopez at the time.

 7   Q   Mm-hmm.

 8   A   And my job was -- there was two assistants working under

 9       Armando; myself and -- and another individual.

10   Q   Mm-hmm.

11   A   And I was the main person to oversee the road part.  And

12       the other individual overseen the -- the bridge

13       construction that was associated with the project.  So my

14       role was to oversee all of the construction that dealt

15       with the road.

16   Q   Okay.

17   A   You could consider myself like the roadway project

18       manager for --

19   Q   Okay.

20   A   -- for the project.

21   Q   And that would -- that would be, again, right when --

22       August 17 when the maintenance and prep work was being

23       done, correct?

24   A   Correct.

25   Q   Okay.  As the MDOT assistant construction engineer on
```

```
 1         this project, are you familiar with the MDOT documents
 2         associated with this I-69 road project?
 3    A    It's been a while.  You know, it's five years ago, so...
 4    Q    Mm-hmm.
 5    A    At the time, I was very familiar with it.
 6    Q    Mm-hmm.
 7    A    And, you know, as -- as the project starts and -- and
 8         continues, I -- I would be familiar with those documents,
 9         yes.
10    Q    Okay.  From your own personal knowledge?
11    A    Correct.
12    Q    And since then, in preparation -- not in preparation so
13         much, but since this deposition has been scheduled, have
14         you been able to look over those documents as well; those
15         road documents as well?
16    A    I've reviewed the maintaining traffic aspect of it as --
17         as pertaining to our -- our past conversations that we've
18         had on those particular documents.  The rest of the
19         project I have not --
20    Q    Okay.
21    A    -- looked at in -- in great detail.
22    Q    Okay.  Did you provide me with some of those MDOT
23         documents?
24    A    I did.  We had provided I believe your -- your client
25         several documents through FOIA.  And I believe some of
```

```
 1          those documents were -- were presented as for us to --

 2          again and -- and asked to provide further explanation.

 3          And then we also provided further documents on the -- on

 4          the traffic control setup.

 5    Q     Did that include the MDOT Special Provisions for

 6          Maintaining Traffic, Permanent Signing and Pavement

 7          Marking documents?

 8    A     That was one of those -- one of the requested items that

 9          we provided.

10    Q     Okay.  And I have that entire document in front of me.

11          That's approximately a 50- to 60-page document, is it

12          not, approximately?

13    A     Yeah.  I'm not sure.  I believe -- looking at it, I

14          believe it was 24 pages.  And then they include a lot of

15          typicals and stuff afterwards that go along with the

16          references in that particular document.

17    Q     Mm-hmm.

18    A     So it could very well be a -- a large document.

19    Q     That's fine.

20                I -- I don't intend to mark that entire

21          document as an exhibit unless Mr. Collison insists.  And

22          I provided him with a complete copy of it before today.

23          I also have it here today if you need to review it.

24          Plus, I have a copy of the first ten pages of it.

25                MR. COLLISON:  I'm going to object to the --
```

```
 1                 MR. HAMO:  Which --
 2                 MR. COLLISON:  -- to the commentary of -- it's
 3        basically a statement you're giving regarding the nature
 4        of the document, which I think is improper.  It wasn't a
 5        question directed to this witness.  It's more of a
 6        commentary to indicate that if the whole document is --
 7        is admitted, it's at my insistence.  And I'm not going to
 8        have that inference to a jury, that if they see a
 9        complete document of what was provided that that's
10        somehow improper or as a result of my insistence.  I
11        don't want any inference given to a jury in that nature.
12        I think it's improper to add commentary to that in -- in
13        set up for a question for this witness.
14                 MR. HAMO:  Do you want the entire document
15        admitted or not, Chuck?
16                 MR. COLLISON:  We can go off the record for
17        this if you want.
18                 VIDEOGRAPHER:  We are going off the record.
19        The time is 1:31 p.m.
20                         (Discussion off the record.  Recess taken
21                          at 1:31 p.m.  Deposition resumed at or
22                          about 1:32 p.m.)
23                         (Exhibit Number 5 was marked for
24                          identification while off record)
25                 VIDEOGRAPHER:  We are back on the record at
```

```
 1       1:32 p.m.

 2   Q   (BY MR. HAMO)  Mr. Welch, I'm going to show you what's

 3       been marked as Proposed Exhibit 5.  And does this purport

 4       to be -- why don't you take a look at the -- at it for a

 5       second.

 6              And the question I'm going to ask you aft -- I

 7       want -- want you to answer after you look at that is, is

 8       that -- is that the MDOT Special Provision for

 9       Maintaining Traffic, Permanent Signing and Pavement

10       Marking document that you spoke about a moment ago and

11       that you provided to me?

12   A   (Reviewing Exhibit 5)  It appears to be.

13   Q   Okay.  I want to show you what's been marked as Exhibit

14       1, have you take a look at that.  Let me know when you've

15       completed looking at it for a moment.

16   A   (Reviewing Exhibit 1)  Okay.

17   Q   And having -- looking at Exhibit 1 and comparing it to

18       Exhibit 5, can you authenticate that Exhibit 1 is from

19       Exhibit 5, which is the MDOT Special Provisions for

20       Maintaining Traffic, Permanent Signing and Pavement

21       Marking document?

22              MR. COLLISON:  I'm going to object to the form

23       of the question and foundation.

24   Q   (BY MR. HAMO)  You can still answer the question.

25   A   The language on Exhibit 1 appears to match the language
```

1        in Exhibit 5.

2    Q   Okay.  Can you authenticate that Exhibit 1 accurately

3        describes the work to be done on I-69?

4              MR. COLLISON:  Same objection; form and

5        foundation to that question.

6              THE WITNESS:  Yeah, that -- that appears to be

7        the same description that -- that's listed in -- for the

8        project.  And I believe it to be accurate.

9    Q   (BY MR. HAMO)  Can you describe the work to be done,

10       please.

11   **A   Per this description or for my own --**

12   Q   Yes.  Per this -- per this description, this -- on

13       this --

14   **A   The project --**

15   Q   -- on this document.

16   **A   -- consisted of 2.8 miles in length and extended 1,000**

17   **feet east of Ballenger Highway easterly to approximately**

18   **500 feet west of Fenton Road.**

19   Q   Okay.  Can you authenticate that Exhibit 1 accurately

20       describes the Construction Influence Area?

21              MR. COLLISON:  I'm going to object to form and

22       foundation of the question.

23              THE WITNESS:  The document lists the

24       Construction Influence Area on I-69 approximately 2 miles

25       west of Ballenger Highway to 2 miles west of Fenton Road,

```
 1        all entrance and exit ramps at the interchange of I-69
 2        and Hammerberg Road, on Hamberger -- Hammerberg Road
 3        through the interchange limits and all detour routes and
 4        locations of PCMS boards.
 5                  COURT REPORTER:  Locations of...?  I didn't --
 6        locations of...?
 7                  THE WITNESS:  The locations of the Construction
 8        Influence Area listed in this document are approximately
 9        2 miles west of Ballenger Road and 2 miles west of Fenton
10        Road.
11   Q    (BY MR. HAMO)  Okay.  When we say "Construction Influence
12        Area," that's -- means what to a lay person?  What --
13   A    That would be --
14   Q    Okay.
15   A    So we have usually two terms we use in our profession;
16        the Construction Influence Area, which try -- which
17        encapsulates the -- all of the construction signing, all
18        -- anything that would be impacted by the construction,
19        and then the construction work zone.  The construction
20        work zone is where the -- the work actually takes place
21        within the project.
22   Q    Okay.  The word "construction zone" by itself is not
23        utilized by MDOT; is that correct?
24                  MR. COLLISON:  Objection, leading.
25                  THE WITNESS:  The -- the two -- the two areas
```

```
 1          that we refer to are Construction Influence Area and Work

 2          Zone Area.

 3    Q     (BY MR. HAMO)  And, again, would you describe the two --

 4          what those two areas mean.

 5    A     The Construction Influence Area is set up during the

 6          design of the project, so I don't know exactly what

 7          the -- why the limits and parameters are set up.  It

 8          usually depicts the area where we might have signs or

 9          where traffic may be impacted by the project.  So those

10          might be the exterior limits of where a sign would be

11          placed or a message board.  Again, that -- that area is

12          determined during design and by us in construction.

13                The Work Zone is where the physical

14          start/finish of, in this case, the reconstruction of the

15          roadway would be.

16    Q     Got it.

17    A     When we're phys -- physically doing work.

18    Q     So would it be correct that the Construction Influence

19          Area is an area that is being configured or prepared for

20          the construction work zone?

21                MR. COLLISON:  I'm going to object to the

22          question being leading in nature.

23                THE WITNESS:  Could you -- could you repeat

24          that, please.

25                MR. HAMO:  Yeah.
```

Muma v. Nolley                                John L Welch, II

21

```
 1    Q    (BY MR. HAMO)  So, would the Construction Influence Area

 2         then be an area that is being configured or prepared for

 3         the work zone --

 4              MR. COLLISON:  Same objection.

 5    Q    (BY MR. HAMO)  -- the construction work zone?

 6              MR. COLLISON:  I'm sorry.  Same objection.

 7              THE WITNESS:  In this case, it -- it

 8         encapsulates the traffic control.  So we're taking

 9         traffic down to one lane and that -- that includes this

10         area, so --

11    Q    (BY MR. HAMO)  Does that also include the warning signs

12         for motorists to see?

13    A    Yeah.  It -- it could.  Again, I don't know how the exact

14         limits are -- are established.  But it oftentimes, you

15         know, 2 miles west of Ballenger Road, that's definitely

16         gonna include some of the traffic control leading up to

17         it and some of the closures --

18    Q    Okay.

19    A    -- for the project.

20    Q    Okay.  The -- Can you authenticate that Exhibit 1

21         accurately describes the traffic restrictions for this

22         project?

23              MR. COLLISON:  Objection; form and foundation

24         of the question.

25              MR. HAMO:  It's in paragraph d. on Exhibit 1.
```

Muma v. Nolley
John L Welch, II

22

```
 1              THE WITNESS:  Per this document, it says in
 2      Section d. that's referenced here, highlighted, posted
 3      speed limit during construction will be reduced to 60
 4      miles per hour when barrier wall is present, 45 miles an
 5      hour where workers present.
 6  Q   (BY MR. HAMO)  Okay.
 7  A   So that would be the -- the speed limit established for
 8      the project within the working area.
 9  Q   And that's the Construction --
10  A   Or leading up to --
11  Q   -- Influence Area?
12  A   Yeah.  The 60 mile an hour would --
13  Q   Yes.
14  A   -- would take place wherever that sign is present --
15  Q   Okay.
16  A   -- from that point on --
17  Q   Okay.
18  A   -- throughout the work area.
19  Q   I want you to take a look at -- at the enlarged Exhibit
20      1-A, which is behind here.  Move it over a little bit for
21      our videographer to be able to pick it up.
22              The enlarged Exhibit 1-A, does that -- I want
23      you to look at Exhibit 1-A and Exhibit 1 in front of you.
24      Do they appear to be the exact same?
25  A   (Reviewing)  Yes.
```

```
 1   Q    Okay.  And both of those are taken out of, word for word,
 2        Exhibit 5, correct?
 3   A    They appear to be.
 4            MR. COLLISON:  I'm going to object to the
 5        foundation for -- for that question.
 6            MR. HAMO:  I'd move for the admission of
 7        Exhibits 1 and 1-A.
 8   Q    (BY MR. HAMO)  Next, now, Mr. Welch, on November 22nd,
 9        2017, in light of what you've already testified to, can
10        you authenticate that the road project would be wrapping
11        up Stage 1-B configuration on eastbound I-69?
12   A    What was that date again?
13   Q    November 22nd, 2017.
14   A    Again, this project was five years ago.  That date, you
15        know, is quite -- quite long ago.  But I do remember we
16        were working on the project right up until the day before
17        Thanksgiving.  So I would say that that -- I don't know
18        exactly what date that falls on that year, but, yes, we
19        were working.
20   Q    Okay.  And that would be the Stage 1-B configuration?
21   A    Correct.
22   Q    Okay.  That was for eastbound I-69, correct?
23   A    Yes.
24   Q    And what does "configuration" mean?
25   A    That would be the -- Well, we have different stages where
```

```
 1        different work would be done.  So Stage I-A had certain

 2        work.  Stage 1 -- 1-B, 2 and -- and so forth.  So, the

 3        plans and specifications indicated what the traffic

 4        control setup would be and what work would be included in

 5        those particular stages.

 6   Q    Would that include signage sequence and closures posted

 7        up to the construction point?

 8   A    Yes, usually.

 9   Q    Okay.

10   A    So...

11   Q    That's all part of the configuration of what we call a

12        configuration?

13   A    Yeah.  Whatever we had set up for that Stage 1-B,

14        whatever the -- the plans and specs said, you know, if --

15        if it was a single lane closure or closure and detour,

16        whatever was set up for this project, that would be the

17        configuration setup to maintain the traffic.

18   Q    All right.  And we'll come to that.

19               I want to now show you Exhibit 2 and have you

20        look at that for a second.  Ask you, did you provide me

21        with this overhead view?

22   A    I did.

23   Q    And you'll notice I have Exhibit 2-A, which is blown up

24        here to your -- to the -- to your left.  Is Exhibit 2-A

25        the same as Exhibit 2?
```

| | | |
|---|---|---|
| 1 | A | It appears to be. |
| 2 | Q | Okay.  I can turn it a little bit so you can see it |
| 3 | | better. |
| 4 | | Can you authenticate what Exhibit 2 depicts -- |
| 5 | | MR. COLLISON:  Object -- |
| 6 | Q | (BY MR. HAMO)  -- 2 and 2-A? |
| 7 | | MR. COLLISON:  Object to the form and |
| 8 | | foundation. |
| 9 | | THE WITNESS:  This exhibit, you had asked me to |
| 10 | | provide approximately where the CIA would fall in |
| 11 | | reference to Exhibit 5, where it says that the CIA is 2 |
| 12 | | miles west of Ballenger Highway. |
| 13 | Q | (BY MR. HAMO)  And, again, the CIA is the Construction |
| 14 | | Influence Area for the -- |
| 15 | A | Correct. |
| 16 | Q | -- benefit of the jury? |
| 17 | | MR. COLLISON:  Objection, leading. |
| 18 | | THE WITNESS:  So the Construction Influence |
| 19 | | Area would begin, as -- as stated in this document, at |
| 20 | | Ballenger Highway, which is the dot on the -- the white |
| 21 | | dot on the right. |
| 22 | Q | (BY MR. HAMO)  I'm going to give you a pointer, a laser |
| 23 | | pointer.  You can push the bottom like that. |
| 24 | A | Sure. |
| 25 | Q | And you can maybe point it to -- |

1   A   This is Ballenger Highway right here.

2   Q   Uh-hunh.

3   A   The document states that it's approximately 2 miles west

4       of Ballenger Highway.  So this point right here is where

5       the actual reconstruction of the roadway took place.  So

6       if you measure from that point down to this point

7       over here --

8   Q   "That point" being...?

9   A   This point would be the left -- left side of the chart

10      here.  It's approximately 2 miles from the Point of

11      Beginning of construction here, which is just east of

12      Ballenger Highway.

13  Q   Mm-hmm.

14  A   Two miles west of that point is right there, right --

15      right approximately where the Bristol Road ramp comes in.

16  Q   That's the Bristol Road ramp?

17  A   Yes.

18  Q   Okay.  Going to eastbound I-69?

19  A   Yes.  There's -- Bristol Road is right here, and this is

20      I-69, so...

21  Q   I'm going to give you a red marker and ask you on Exhibit

22      2 in front of you if you could draw a circle around the

23      Bristol Road eastbound I-69 entrance ramp that you just

24      identified, please, both on the document in front of you

25      and then on the -- the enlarged.

| | | |
|---|---|---|
| 1 | A | There's actually two different entrances from Bristol |
| 2 | | Road to eastbound -69. |
| 3 | Q | Okay. |
| 4 | A | So there's a circle ramp for -- for eastbound Bristol to |
| 5 | | eastbound -69, and there's a ramp for westbound Bristol |
| 6 | | to eastbound -69. |
| 7 | Q | Okay.  I -- I want the eastbound one circled. |
| 8 | A | Eastbound Bristol Road? |
| 9 | Q | The eastbound ramp, the ramp -- Bristol Road entrance |
| 10 | | ramp for eastbound I-69. |
| 11 | A | Correct.  There's two of them.  So there's -- |
| 12 | Q | Okay. |
| 13 | A | -- there's one for eastbound Bristol Road to eastbound |
| 14 | | -69. |
| 15 | Q | Yes. |
| 16 | A | And westbound Bristol Road to eastbound -69. |
| 17 | Q | Does that circle that you just made encompass both of |
| 18 | | those?  You can make it larger if you need to. |
| 19 | A | I highlighted both of them, so... |
| 20 | Q | That's good.  Okay.  Would you also do that on -- on -- |
| 21 | | on this overhead, please. |
| 22 | | And -- and while I have you up, I'm also going |
| 23 | | to ask you to please draw a circle around the approximate |
| 24 | | Point of Beginning as well that you identified before. |
| 25 | A | This is where the project started. |

```
 1   Q    That's the --

 2   A    Right here.

 3   Q    -- Point of Beginning?

 4   A    This red dot here.

 5   Q    Is that the Point of Beginning right here?

 6   A    Yes.

 7   Q    Is that known as POB?

 8   A    That's correct.

 9   Q    Okay.

10   A    This ramp right here is westbound Bristol to eastbound

11        I-69.  There's a circle ramp right here.  That would be

12        eastbound Bristol Road to eastbound I-69.  And the 2 mile

13        point would be right there.

14   Q    Okay.  Would you -- the same notations that you made on

15        the -- on the larger overhead, would you make them on the

16        smaller exhibit too as well, please.  And just for your

17        writing on the bottom right there where there's more room

18        if you want.

19   A    (Complying)  It's hard to write with this marker.

20   Q    Sorry about that.

21   A    (Complying)

22   Q    Okay.  Thank you for doing that.

23             Now, then in summary, is your testimony that

24        this Exhibit 2 and 2-A provides us with an overhead view

25        from the Point of Beginning at Ballenger Highway to
```

1     Bristol Road eastbound I-69 entrance ramps?

2              MR. COLLISON:  I'm going to object to the form

3     of the question.  It's leading in nature.  He's -- His

4     testimony speaks for itself.  He doesn't need a summary

5     of what he just said.  So that's the objection.

6              THE WITNESS:  Can you repeat the question.

7  Q  (BY MR. HAMO)  Yes.  For the jury's benefit, is -- is

8     this -- is what we -- what -- the summary of what we just

9     went through, can you authenticate that Exhibit 2 and

10    2-A, which are the same, provides us with an overhead

11    view from the Point of Beginning of Ballenger -- at

12    Ballenger Highway to the Bristol Road eastbound I-69

13    entrance ramp?

14 A  **Correct.**

15             MR. HAMO:  I move for the admissions of Exhibit

16    2 and 2-A.

17 Q  (BY MR. HAMO)  I'm going to show you now Exhibit 3, which

18    is a two-page document, Mr. Welch.  And I'll have you

19    take a look at that for a second.  And while you're

20    taking a look at that, I'm going to bring it up -- the

21    overhead up of the same document.

22 A  **(Reviewing Exhibit 3)**

23 Q  Having looked at Exhibit 3, the two-page Exhibit 3, did

24    you provide me with this overhead view?

25 A  **Yes, I did.**

1    Q    Is the enlarged Exhibit 3-A right to your -- right behind

2         you the same as the two-page Exhibit 3?

3    **A    Yes, it is.**

4    Q    Can you authenticate what the red dot in the first page

5         of Exhibit 3 depicts.

6              MR. COLLISON:  Object to foundation.

7              Go ahead.

8              THE WITNESS:  The red dot represents the

9         approximate location of the message board that we would

10        have had that indicates that lane road work ahead.  I

11        don't -- I can't say exactly what would have been on the

12        message board at the time.  But we usually put something

13        similar to like "Road work Ahead 1 Mile" or "Lane Closed

14        Ahead," something like that so...

15   Q    (BY MR. HAMO)  Okay.

16   **A    Yeah.**

17   Q    Okay.  And that message board would be located near the

18        Bristol Road entrance ramp to I-69?

19   **A    Yes.  It was located in between the westbound Bristol**

20        **Road to I-69 ramp and east -69 proper.**

21   Q    Like in that grassy area there --

22   **A    Correct.**

23   Q    -- in between?

24   **A    In the green belt area, so...**

25   Q    Got it.

```
 1                   Can you authenticate what page 2 of Exhibit 3
 2        depicts.
 3                   MR. COLLISON:  Object to foundation.
 4                   THE WITNESS:  Page 2 is provided because at
 5        Point Zero would have been where our arrow board would be
 6        placed and our maintaining traffic documents or plans.
 7        And our first sign would have been placed 28 feet (sic)
 8        per the plan from that point.
 9    Q   (BY MR. HAMO)  How many feet?
10    A   Twenty-eight hundred.
11    Q   Twenty-eight hundred feet?
12    A   Mm-hmm.
13    Q   Okay.  With the pointer, can you use the overhead and
14        show the jury where that 2800 feet mark would be, which
15        would be the speed limit sign.
16    A   It would be at this -- this location right here.
17    Q   Would you take your red -- that red marker and -- and
18        circle that approximate area where the speed limit sign
19        would be located on both that document as well as the
20        smaller one, please.
21    A   (Complying)
22    Q   And the smaller one too.
23    A   Yeah.
24    Q   Oh, you already did that on the smaller one?
25    A   Yeah.
```

```
 1   Q    Okay.   Thank you.

 2               MR. HAMO:   I'd move for the admissions of

 3        Exhibits 3 and 3-A.

 4   Q    (BY MR. HAMO)   Now, I'm going to show you what I've --

 5        we've marked as Exhibit 4, two-page document again.   And

 6        I will take a moment and bring that up as well on the

 7        overhead, or the enlarged documents.

 8               These again are MDOT documents, correct?

 9   A    That's correct.   These are from the construction plans

10        that were utilized for the project.

11   Q    Okay.   And did you provide me with these documents?

12   A    I did.

13   Q    Is the enlarged Exhibit 4, which we have here, the same

14        as the two-page Exhibit 4 that you have in front of you?

15   A    Yes, they are.

16   Q    I notice at the bottom of the MDOT documents, the plans

17        -- Is this -- Is "plan" the right word to use for Exhibit

18        4-A --

19   A    Yes.

20   Q    -- this document?

21   A    Plan sheet.

22   Q    Plan sheet is what it's called?

23   A    Maintaining traffic --

24   Q    Yeah, what's this called --

25   A    Yeah, the plan sheet.
```

**FLINT TOWNSHIP POLICE DEPARTMENT PROFESSIONAL STANDARD SECTION
PERSONNEL COMPLAINT / DIRECTIVE INQUIRY FORM**

This department adheres to the policy of investigating all allegations of misconduct or complaints regarding the policies or procedures of the department. The goal of the department is to ensure that objectivity, fairness, and justice is assured by intensive, impartial investigation and review. Unless the complaint and allegations is of such magnitude that it requires additional time for review, all complaints will be resolved as soon as practicable. During the course of an investigation, the Chief, or his designee shall notify you concerning the status of the complaint and will notify you of the findings of the investigation conducted by the department.

**Your Name:** Dawn Muma (on behalf of the Muma family)
**Your Address:** 525 Luce Ave Flushing MI 48433
**Your Phone:** (810) - 874 - 7900   **Work Phone:** (810) 733-2226
**Date and time of Incident:** 11/22/17 However the file was held by your office for over 4 yrs!
**Location of the Incident:** I-69 E + I-75 Interchange (300A West of Interchange)

**Reason for the Complaint**

Our loved one, David Troy Muma was killed in a car crash. All of the reports from your office omit the fact this crash, was in a work zone! This obstructed justice in a felony matter and these false reports are still being used by the Defendant, Katherine Nolley, stating that David Muma caused his own death. We have our phone records and emails all showing that we have reach out to your office regarding this matter right from the start and were told that you don't have an internal affairs department. I only obtained this form after relaying what the Attorney Generals office told me to relay.

(Use supplemental pages as necessary)

**FOR INTERNAL USE ONLY** As you can see from the reports in your file, several members in your office + the MSP conspired to pass off lies as truth

**Signature & Date:** Dawn M____

---

**Received by:** _____
**In Person:** _____ **By Mail:** _____ **By Telephone** _____ **Other:** _____
**P.C. #:** _____ **Assigned to:** _____

**PRELIMINARY DISPOSITION:**
No Further Investigation [ ]    Further Investigation Necessary [ ]    Complaint Resolved [ ]

---

So much so that the narrative on the crash report says Muma was traveling 90mph and passed Nolley who was traveling close to 80 mph when he cut over to exit at I-75 while hitting his brakes abruptly. Curiously enough the blackbox data shows 5 seconds pre-impact Muma had already slowed to 41mph and had been slowing for at least 8 full seconds intermittently, never abruptly and Nolley was traveling a consistent 76 mph.

*[left margin, rotated text:]* The cut off portion says: "How can A person traveling in the 40's pass someone traveling in the 70's ??"

*[right margin:]* TRAVELING



# HAMO LAW FIRM

17- 10823

**Attorneys**

614 S. Grand Traverse St.
Flint, Michigan 48502
Phone: (810) 234-3667
Fax:   (810) 234-9057

ghamo@hamolaw.com
www.hamolaw.com

George Hamo

August 20, 2018

Detective Alex Minto
Flint Township P.D.
5200 Norko Dr.
Flint, MI 48507

　　　　Re:　　Incident#:　　　C9711
　　　　　　　Complaint#:　　　17-39910823
　　　　　　　Date of Accident: 11/22/2017 @17:58 (5:58 pm)

Dear Detective Minto,

　　　　In regards to the above accident and your continued investigation of it, attached for your review are the printed Verizon Text Message Detail, Revised VOLTE Calls list, as well as the Incoming/Outgoing Call Detail for driver Katherine Lillian Nolley (phone# 810-599-3286; DOB 5/2/1968) for the accident date of November 22, 2017 between the time frame of 16:12 (4:12 pm) and 22:32 (10:32 pm).

　　　　To assist in understanding the enclosed, highlighted in 'Yellow' are text messages and phone calls sent by Ms. Nolley between the specified time periods *below*. Highlighted in 'Green' are text messages and phone calls Ms. Nolley received for the specified time periods *below*. 'MO' identifies outgoing text messages, 'MT' identifies incoming text messages.

　　　　Per the Verizon representative, the destination address of 9.0008E+11 is their systems identifier for text messages which have been saved to the cloud.

　　　　The UD-10 reports the crash date of November 22, 2017 and the reported crash time of 17:58 (5:58 pm). Between the time frame of 17:49 (5:49 pm) and 17:58 (5:58 pm), there were a total of 14 text messages sent and received from Ms. Nolley's phone over only 9 minutes:

　　　　*　　　1 received at 17:49 (5:49 pm);
　　　　*　　　1 sent at 17:50 (5:50 pm);
　　　　*　　　3 received, 1 sent at 17:52 (5:52 pm), total of 4 text messages;
　　　　*　　　3 sent, 1 received at 17:53 (5:53 pm), total of 4 text messages;

| | |
|---|---|
| * | 1 received at 17:54 (5:54 pm); |
| * | 1 sent at 17:56 (5:56 pm); |
| * | 1 received at 17:57 (5:57 pm); |
| * | 1 sent at 17:58 (5:58 pm). |

Regarding incoming and outgoing phone calls from or to Ms. Nolley:
- 1 40 second phone call received by Ms. Nolley at 17:44 (5:44 pm);
- 1 2 second phone call sent by Ms. Nolley at 17:58 (5:58 pm);
- 1 49 second phone call sent by Ms. Nolley at 17:59 (5:59 pm).

The CD from Verizon containing the above information, as well as the password/log in/other information for the CD Verizon provided to us, is also enclosed for your confirmation, if needed. We trust you will incorporate this into your investigation.

Cordially Yours,

George Hamo
GH/ns
Enc.
cc. Client
   Tim Robbins, MCrash
   Allan Ogg (letter only)

# verizon✓

Verizon Security Assistance Team
160 Washington Valley Rd. | Bedminster, NJ 07921
Phone: 800-451-5242 | Fax: 888-667-0028

## Historical SMS (Text Message) Detail Report Explanation Form

The information contained in this attached form is Verizon proprietary and confidential and thus protected from disclosure. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited

| NET_ELEM_NM | SWITCH_TYPE_IND | MDN | MSG_SND_DT_TM | MSG_DLVR_DT_TM | MSG_CMPLN_STAT | ORIG_ADDR | DEST_ADDR | MSG_DIRN_IND | MIN |
|---|---|---|---|---|---|---|---|---|---|
| This is the SMSC platform (switch) that processed the last message. | Indicates one of two switch types - M or L. This is used to determine the MSG_CMPLN_STAT codes. | This is your Target # | This is the Date & Time that the text message was sent. | This is the Date & Time when the text message was delivered. | Message completion status indicator | This is the message sender | This is the recipient of the message | This is the direction of the text message   1=Incoming; 2=Outgoing   *Incoming; 4=Outgoing MO=Outgoing | The MIN is the unique identifier used to route traffic for a network(s) device/MDN. It is not always the same as the MDN. |

*additional codes below

**Switch type "M" (Motorola)**

- 01 = delivered
- 02 = expired
- 03 = network service denied
- 04 = invalid subscriber on switch (MSGVLR)
- 05 = denied subscriber on switch (MSGVLR)
- 06 = invalid subscriber on switch (SMSC)
- 07 = subscriber doesn't belong to SM
- 08 = message cancelled
- 09 = message rejected
- 0A = invalid online coverage
- 0B = subscriber terminated
- 0C = abnormal page delivery attempted
- 0D = abnormal page delivery failed
- 0E = normal page delivery failed
- 10 = prepaid termination denied
- 11 = prepaid origination denied
- 12 = prepaid origination blocked
- 13 = prepaid origination blocked
- 14 = prepaid origination blocked
- 15 = Blocked due to content filtering
- 16 = MO CopyMT CopyFCDD copy success for VMA or cloud
- 17 = MO CopyMT CopyFCDD copy failure for VMA or cloud
- 18 = usage control origination denied
- 19 = usage control origination denied
- 1A = invalid resources for 3GPP
- 1B = message denied
- 1C = expired

**Switch type "L" (Lucent)**

- 01 = delivered
- 05 = delivered/previously denied
- 07 = undeliverable
- 09 = expired
- 28 = unknown (pending, status, other)
- 16 = MO CopyMT CopyFCDD copy success for VMA or cloud
- 17 = MO CopyMT CopyFCDD copy failure for VMA or cloud

*Additional MSG_CMPLN_STAT codes

- 01=delivered

**verizon**✓

VERIZON SECURITY ASSISTANCE TEAM
180 Washington Valley Road | Bedminster, NJ 07921
Phone. 800-451-5242 | Fax 888-667-0026, 888-667-0028

## Historical Call Detail Explanation Form

| Network Element | Mobile Directory # | Dialed Digit | Call Direction | Seizure Date Time | Seizure Duration | Calling Party Number |
|---|---|---|---|---|---|---|
| This is the switching equipment that transacted the call. A switch is named by the basic geographic area it covers. Switches route calls for hundreds of cell sites. | The Billed subscriber's Mobile Directory Number (MDN) | This is the number dialed to initiate the call. For inbound calls this number will be the same as the Mobile Directory Number column and for outbound calls this is the number your target dialed. If you see the code 1191 appearing before the 10 digit target number (including area code), please refer to the VoLTE Call Detail report provided. The VoLTE report will show the actual call transaction. | This is the type of call, e.g. inbound, outbound, or voicemail. Inbound calls display the following numbers: 0 & 6. Calls to voicemail or mobile unwanted calls display the letter "F". Outbound calls display the following numbers: 1 & 3. Mobile to Mobile calls display the number 2. Any other letter or number is routing or unknown call type and does not detail actual transactional data for a completed call. Subscriber information is not available for routing numbers. | This is the exact date and time of the start of each call | This is the duration of the call in seconds | This is the calling party that initiated the call. If this column is outbound this column will be the same as the Mobile Directory Number. If the call is inbound, this is the number that dialed your target. |

When the #s in the Mobile Directory Number column, Dialed Digit column and the Calling Party Number column are all different, then you are looking at a routing #. The Routing # will appear in the Dialed Digit column. (All three numbers are different)

If you see your target # in the Mobile Directory Number column, the Dialed Digit column and the Calling Party Number column, then you are looking at your target checking his/her voicemail. (All three numbers are the same)

*86 is voicemail retrieval
*225 is checking account balance
#646 is checking minutes
#777 is dialaweb services
#738 is prepaid voicemail retrieval
#729 is adding minutes for prepaid
*67 Activates Selective Caller ID Block
*82 Deactivates Selective Caller ID Blocking

The information contained in this document from Verizon is privileged and confidential and may be protected from disclosure. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

# verizon✓

VERIZON SECURITY ASSISTANCE TEAM
180 Washington Valley Rd | Bedminster, NJ 07921
Phone: 800-451-5242 | 888-667-0026, 888-667-0028

## VOLTE Call Detail Explanation Form

| Record Open Date/Time | Record Open Dt/Tm(GMT) | DIR | MSISDN | Called # | CPN | SOU | RAT | VOICE / VZWIRE |
|---|---|---|---|---|---|---|---|---|
| Start Time of the call (local time) | Start Time of the call (GMT) | M/O = Outbound Call; M/T = Incoming Call; M/F=Forwarding Call | This is your target # | This is the number dialed to initiate the call. For inbound calls this is the Mobile Directory Number (MSISDN) and for outbound calls this is the number your target dialed. | This is the calling party that initiated the call. If the call is outbound this column will be the same as the Mobile Directory Number (MSISDN). If the call is inbound, this is the number that called your target. | Call Duration in Seconds (Seconds of Use) | Radio Access Terminal (1 = 3g, Voice, LTE = 4g Voice, Wifi = 4g Voice over Wifi) | VoLTE Internet Connected Endpoints Display's N/A for records |  Indicates if the call processed through a network extender device or is using the Verizon for Business service |

Cell Face (Sector) Breakdown
1 = Sector "D1" (Alpha)
12 = Sector "D1" (Alpha)
2 = Sector "D2" (Beta)
22 = Sector "D2" (Beta)
3 = Sector "D3" (Gamma)
32 = Sector "D3" (Gamma)

*86 is voicemail retrieval
#225 is checking account balance
#646 is checking minutes
#777 is data/web services
#738 is prepaid voicemail retrieval
#729 is adding minutes for prepaid
*67 Activates Selective Caller ID Block
*82 Deactivates Selective Caller ID Blocking



*Revised Text Message Detail*

*Page 1 of 9*

| Network Element Name | Switch Type Indicator | MDN | Msg Send Date | Msg Deliver Date | Message Completion Status | Originating Address Address | Destination Address | Message Direction Indicator | MIN |
|---|---|---|---|---|---|---|---|---|---|
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:12 | 11/22/17 16:12 | 1 | 8105993286 | 5863374380 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:12 | 11/22/17 16:12 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Westland_SF07SL | | 8105993286 | 11/22/17 16:13 | 11/22/17 16:13 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Westland_SF07SL | | 8105993286 | 11/22/17 16:13 | 11/22/17 16:13 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Westland_SF07SL | | 8105993286 | 11/22/17 16:13 | 11/22/17 16:13 | 1 | 8105993286 | 8105993286 MT | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 5863374380 | 8105993286 MT | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Westland_SF04SL | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 5863374380 | 8105993286 MT | | O |
| Westland_SF04SL | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Westland_SF04SL | | 8105993286 | 11/22/17 16:17 | 11/22/17 16:17 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:18 | 11/22/17 16:18 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:19 | 11/22/17 16:19 | 1 | 8105993286 | 5863374380 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:19 | 11/22/17 16:19 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:19 | 11/22/17 16:19 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:19 | 11/22/17 16:19 | 1 | 8105993286 | 8105993286 MT | | O |
| Westland_SF07SL | | 8105993286 | 11/22/17 16:19 | 11/22/17 16:19 | 1 | 8105993286 | 5863374380 MO | | O |
| Westland_SF07SL | | 8105993286 | 11/22/17 16:20 | 11/22/17 16:20 | 1 | 5863374380 | 8105993286 MT | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:20 | 11/22/17 16:20 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:20 | 11/22/17 16:20 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF06SL | | 8105993286 | 11/22/17 16:20 | 11/22/17 16:20 | 1 | 2483214983 | 8105993286 MT | | O |
| Southfield_SF06SL | | 8105993286 | 11/22/17 16:20 | 11/22/17 16:20 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:20 | 1 | 5863374380 | 8105993286 MT | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 8105993286 | 8105993286 MT | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 2483214983 | 8105993286 MT | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 2483214983 | 8105993286 MT | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:21 | 11/22/17 16:21 | 1 | 8105993286 | 5863374380 MO | | O |
| Southfield_SMSC230 | | 8105993286 | 11/22/17 16:22 | 11/22/17 16:22 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:22 | 11/22/17 16:22 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF03SL | | 8105993286 | 11/22/17 16:24 | 11/22/17 16:24 | 1 | 8105993286 | 3139109900 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:24 | 11/22/17 16:24 | 1 | 5863374380 | 8105993286 MT | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:24 | 11/22/17 16:24 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:25 | 11/22/17 16:25 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:25 | 11/22/17 16:25 | 1 | 8105993286 | 5863374380 MO | | O |
| Southfield_SMSC231 | | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 8105993286 | 9.000E+11 MO | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 5863374380 | 8105993286 MT | | O |
| Southfield_SF05SL | | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 8105993286 | 9.000E+11 MO | | O |

| Network Element Name | Switch Type Indicator | MDN | Msg Send Date | Msg Deliver Date | Message Completion Status | Originating Address | Destination Address | Message Direction Indicator | MIN |
|---|---|---|---|---|---|---|---|---|---|
| Westland_SF07SL | L | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 586374380 | 8105993286 | MT | 0 |
| Westland_SF07SL | L | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Westland_SF04SL | L | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 586374380 | 8105993286 | MT | 0 |
| Westland_SF04SL | L | 8105993286 | 11/22/17 16:27 | 11/22/17 16:27 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 16:28 | 11/22/17 16:28 | 1 | 586374380 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 16:28 | 11/22/17 16:28 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:31 | 11/22/17 16:31 | 1 | 8105993286 | 586374380 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:31 | 11/22/17 16:31 | 1 | 8105993286 | 586374380 | MO | 0 |
| Westland_SF04SL | L | 8105993286 | 11/22/17 16:31 | 11/22/17 16:31 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Westland_SF04SL | L | 8105993286 | 11/22/17 16:31 | 11/22/17 16:31 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 16:32 | 11/22/17 16:32 | 1 | 586374380 | 8105993286 | MT | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 16:32 | 11/22/17 16:32 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:35 | 11/22/17 16:35 | 1 | 586374380 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:35 | 11/22/17 16:35 | 1 | 8105993286 | 586374380 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:36 | 11/22/17 16:36 | 1 | 8105993286 | 586374380 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:36 | 11/22/17 16:36 | 1 | 8105993286 | 586374380 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 16:40 | 11/22/17 16:40 | 1 | 586374380 | 8105993286 | MT | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 16:40 | 11/22/17 16:40 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:40 | 11/22/17 16:40 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:41 | 11/22/17 16:41 | 1 | 8108521600 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:41 | 11/22/17 16:41 | 1 | 8105993286 | 8108521600 | MT | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 16:42 | 11/22/17 16:42 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 16:42 | 11/22/17 16:42 | 1 | 3139109900 | 8105993286 | MT | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 16:48 | 11/22/17 16:48 | 1 | 2483214983 | 8105993286 | MT | 0 |
| Southfield_SF08SL | L | 8105993286 | 11/22/17 16:48 | 11/22/17 16:48 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:55 | 11/22/17 16:55 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 16:55 | 11/22/17 16:55 | 1 | 8105993286 | 586374380 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:55 | 11/22/17 16:55 | 1 | 8105993286 | 2483214983 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:56 | 11/22/17 16:55 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:56 | 11/22/17 16:56 | 1 | 8105993286 | 3139109900 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:56 | 11/22/17 16:56 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:56 | 11/22/17 16:56 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 16:56 | 11/22/17 16:56 | 1 | 8105993286 | 8108521600 | MO | 0 |
| Southfield_SF04SL | L | 8105993286 | 11/22/17 16:59 | 11/22/17 16:59 | 1 | 8105993286 | 9.008E+11 | MO | 0 |

| Network Element Name | Switch Type Indicator | MDN | Msg Send Date | Msg Deliver Date | Message Completion Status | Originating Address | Destination Address | Message Direction Indicator | MIN |
|---|---|---|---|---|---|---|---|---|---|
| Southfield_SF04SL | L | 810S993286 | 11/22/17 16:59 | 11/22/17 16:59 | 1 | 3139109900 | 810S993286 | MT | 0 |
| Southfield_SF08SL | L | 810S993286 | 11/22/17 16:59 | 11/22/17 16:59 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF08SL | L | 810S993286 | 11/22/17 16:59 | 11/22/17 16:59 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF08SL | L | 810S993286 | 11/22/17 17:00 | 11/22/17 17:00 | 1 | 3139109900 | 810S993286 | MT | 0 |
| Southfield_SF08SL | L | 810S993286 | 11/22/17 17:00 | 11/22/17 17:00 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF08SL | L | 810S993286 | 11/22/17 17:00 | 11/22/17 17:00 | 1 | 810S993286 | 810S993286 | MT | 0 |
| Southfield_SF04SL | L | 810S993286 | 11/22/17 17:03 | 11/22/17 17:03 | 1 | 810S993286 | 810S993286 | MT | 0 |
| Westland_SF05SL | L | 810S993286 | 11/22/17 17:03 | 11/22/17 17:03 | 1 | 810S993286 | 810S993286 | MT | 0 |
| Westland_SF05SL | L | 810S993286 | 11/22/17 17:03 | 11/22/17 17:03 | 1 | 84045 | 9.008E+11 | MO | 0 |
| Southfield_SF01SL | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 810S993286 | 810S993286 | MT | 0 |
| Southfield_SF04SL | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SF05SL | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SF05SL | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 810S993286 | 8108521600 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:04 | 11/22/17 17:04 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:05 | 11/22/17 17:04 | 1 | 810S993286 | 3139109900 | MO | 0 |
| Southfield_SF01SL | L | 810S993286 | 11/22/17 17:05 | 11/22/17 17:05 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SF01SL | L | 810S993286 | 11/22/17 17:05 | 11/22/17 17:05 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:06 | 11/22/17 17:06 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:06 | 11/22/17 17:06 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:06 | 11/22/17 17:06 | 1 | 810S993286 | 2483214983 | MO | 0 |
| Southfield_SF01SL | L | 810S993286 | 11/22/17 17:07 | 11/22/17 17:07 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SF01SL | L | 810S993286 | 11/22/17 17:07 | 11/22/17 17:07 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:12 | 11/22/17 17:12 | 1 | 0 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:12 | 11/22/17 17:12 | 1 | 810S993286 | 3139109900 | MO | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:12 | 11/22/17 17:12 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF05SL | L | 810S993286 | 11/22/17 17:12 | 11/22/17 17:12 | 1 | 3139109900 | 810S993286 | MT | 0 |
| Southfield_SF05SL | L | 810S993286 | 11/22/17 17:12 | 11/22/17 17:12 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:13 | 11/22/17 17:13 | 1 | 810S993286 | 2483214983 | MO | 0 |
| Southfield_SMSC230 | L | 810S993286 | 11/22/17 17:13 | 11/22/17 17:13 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF07SL | L | 810S993286 | 11/22/17 17:13 | 11/22/17 17:13 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF07SL | L | 810S993286 | 11/22/17 17:13 | 11/22/17 17:13 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SF07SL | L | 810S993286 | 11/22/17 17:13 | 11/22/17 17:13 | 1 | 3139109900 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 810S993286 | 810S993286 | MT | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 810S993286 | 3139109900 | MO | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 810S993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 810S993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 810S993286 | 3139109900 | MO | 0 |

| Network Element Name | Switch Type Indicator | MDN | Msg Send Date | Msg Deliver Date | Message Completion Status | Originating Address | Destination Address | Message Direction Indicator | MIN |
|---|---|---|---|---|---|---|---|---|---|
| Southfield_SF04SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 3139109900 | 8105993286 | MT | 0 |
| Southfield_SF04SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SF04SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 2482149983 | 8105993286 | MT | 0 |
| Southfield_SF04SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 3139109900 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:14 | 11/22/17 17:14 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:20 | 11/22/17 17:20 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:20 | 11/22/17 17:20 | 1 | 8105221600 | 8105993286 | MT | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:20 | 11/22/17 17:20 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:21 | 11/22/17 17:21 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:21 | 11/22/17 17:21 | 1 | 8108521600 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:21 | 11/22/17 17:21 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:22 | 11/22/17 17:22 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:22 | 11/22/17 17:22 | 1 | 8105993286 | 8108521600 | MO | 0 |
| Southfield_SF08SL | L | 8105993286 | 11/22/17 17:49 | 11/22/17 17:49 | 1 | 8105993286 | 8108521600 | MO | 0 |
| Southfield_SF08SL | L | 8105993286 | 11/22/17 17:49 | 11/22/17 17:49 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:50 | 11/22/17 17:50 | 1 | 6055900860 | 8105993286 | MT | 0 |
| Southfield_SF08SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 6055900860 | 6055900860 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 6055900860 | 6055900860 | MO | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 6055900860 | 9.0008E+11 | MO | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:52 | 11/22/17 17:52 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 6055900860 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 9.0008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 3139109900 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 17:53 | 11/22/17 17:53 | 1 | 8105993286 | 3139109900 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:54 | 11/22/17 17:54 | 1 | 6055900860 | 8105993286 | MT | 0 |

page 4 of 9

| Network Element Name | Switch Type Indicator | MDN | Msg Send Date | Msg Deliver Date | Message Completion Status | Originating Address | Destination Address | Message Direction Indicator | MIN |
|---|---|---|---|---|---|---|---|---|---|
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:54 | 11/22/17 17:54 | 1 | 8105993286 | 9.008E+11 | MT | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:56 | 11/22/17 17:56 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:56 | 11/22/17 17:56 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SF06SL | L | 8105993286 | 11/22/17 17:57 | 11/22/17 17:57 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:57 | 11/22/17 17:57 | 1 | 6055900860 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 17:57 | 11/22/17 17:57 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:58 | 11/22/17 17:58 | 1 | 8105993286 | 3139109900 | MT | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 17:58 | 11/22/17 17:58 | 1 | 0 | 8105993286 | MO | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 18:09 | 11/22/17 18:09 | 1 | 3139109900 | 8105993286 | MO | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 18:09 | 11/22/17 18:09 | 1 | 8105993286 | 9.008E+11 | MT | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 18:10 | 11/22/17 18:10 | 1 |  | 6055900860 | MT | 0 |
| Southfield_SF01SL | L | 8105993286 | 11/22/17 18:10 | 11/22/17 18:10 | 1 | 0 | 9.008E+11 | MT | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 18:45 | 11/22/17 18:45 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 18:45 | 11/22/17 18:45 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SF04SL | L | 8105993286 | 11/22/17 18:47 | 11/22/17 18:47 | 1 | 0 | 8105993286 | MT | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 18:48 | 11/22/17 18:48 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 18:48 | 11/22/17 18:48 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 18:55 | 11/22/17 18:55 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 18:55 | 11/22/17 18:55 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SF05SL | L | 8105993286 | 11/22/17 18:48 | 11/22/17 18:48 | 1 | 8105993286 | 9.008E+11 | MT | 0 |
| Southfield_SF08SL | L | 8105993286 | 11/22/17 18:56 | 11/22/17 18:56 | 1 | 8105993286 | 9.008E+11 | MT | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 18:58 | 11/22/17 18:58 | 1 | 6055900860 | 8105993286 | MT | 0 |
| Southfield_SF07SL | L | 8105993286 | 11/22/17 18:58 | 11/22/17 18:58 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:00 | 11/22/17 19:00 | 1 | 6055900860 | 6055900860 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:00 | 11/22/17 19:00 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:01 | 11/22/17 19:01 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 19:01 | 11/22/17 19:01 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 19:03 | 11/22/17 19:03 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:03 | 11/22/17 19:03 | 1 | 8105993286 | 5863374380 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:03 | 11/22/17 19:03 | 1 | 8105993286 | 8105993286 | MT | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:08 | 11/22/17 19:08 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 19:08 | 11/22/17 19:08 | 1 | 8105993286 | 5863374380 | MO | 0 |
| Southfield_SMSC231 | L | 8105993286 | 11/22/17 19:08 | 11/22/17 19:08 | 1 | 8105993286 | 6055900860 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:18 | 11/22/17 19:18 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:18 | 11/22/17 19:18 | 1 | 8105993286 | 8103583099 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:18 | 11/22/17 19:18 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSC230 | L | 8105993286 | 11/22/17 19:18 | 11/22/17 19:18 | 1 | 8105993286 | 9.008E+11 | MO | 0 |
| Southfield_SMSCS1 | L | 8105993286 | 11/22/17 19:18 | 11/22/17 19:23 | 1 | 8105993286 | 8102401407 | MO | 0 |

Incoming Outgoing Call Detail

| Network Element Name Lahser_Pkt_Gtwy | Mobile Directory Number 810599286 | Dialed Digit Number 810599286 | Call Direction | Seizure Dt Tm | Seizure Duration | Calling Party Number |
|---|---|---|---|---|---|---|
| | | | 5 | 11/22/17 16:20 | 16 | 414350268 |

page 9 of 9



BOSCH

CDR *CRASH DATA RETRIEVAL*

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1GNCS18X94K165951 |
| User | SGT STONEWALL |
| Case Number | 01-491-17 |
| EDR Data Imaging Date | 12/04/2017 |
| Crash Date | 11/22/2017 |
| Filename | 01-491-17  BLAZER  1GNCS18X94K165951_ACM.CDRX |
| Saved on | Monday, December 4 2017 at 10:10:09 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.5.1 |
| Imaged with Software Licensed to (Company Name) | Michigan State Police |
| Reported with CDR version | Crash Data Retrieval Tool 17.4.2 |
| Reported with Software Licensed to (Company Name) | Michigan State Police |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Non-Deployment |

## Comments
DLC

ROLLOVER

04 BLAZER

## Data Limitations

**Recorded Crash Events:**
There are two types of Recorded Crash Events. The first is the Non-Deployment Event. A Non-Deployment Event records data but does not deploy the air bag(s). It contains Pre-Crash and Crash data. The SDM can store up to one Non-Deployment Event. This event may be overwritten by another Non-Deployment Event. This event will be cleared by the SDM, after approximately 250 ignition cycles. This event can be overwritten by a second Deployment Event, referred to as a Deployment Level Event, if the Non-Deployment Event is not locked. The data in the Non-Deployment Event file will be locked, if the Non-Deployment Event occurred within five seconds before a Deployment Event. A locked Non Deployment Event cannot be overwritten or cleared by the SDM. The second type of SDM recorded crash event is the Deployment Event. It also contains Pre-Crash and Crash data. The SDM can store up to two different Deployment Events, if they occur within five seconds of one another. If a Deployment Level Event occurs within five seconds after the Deployment Event, the Deployment Level Event will overwrite any non-locked Non-Deployment Event. Deployment Events cannot be overwritten or cleared by the SDM. Once the SDM has deployed an air bag, the SDM must be replaced.

**Data:**
-SDM Recorded Vehicle Longitudinal Velocity Change reflects the change in longitudinal velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Longitudinal Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. For Deployment Events, the SDM will record 100 milliseconds of data after Deployment criteria is met and up to 50 milliseconds before Deployment criteria is met. For Non-Deployment Events, the SDM will record up to the first 150 milliseconds of data after algorithm enable. Velocity Change data is displayed in SAE sign convention.
-SDM Recorded Vehicle Speed accuracy can be affected by various factors, including but not limited to the following:
    -Significant changes in the tire's rolling radius
    -Final drive axle ratio changes
    -Wheel lockup and wheel slip
-Brake Switch Circuit Status indicates the open/closed state of the brake switch circuit.
-Pre-Crash data is recorded asynchronously. The 1.0 second Pre-crash data value (most recent recorded data point) is the data point last sampled before AE. That is to say, the last data point may have been captured just before AE but no more than 1.0 second before AE. All subsequent Pre-crash data values are referenced from this data point.
-Pre-Crash Electronic Data Validity Check Status indicates ³Data Invalid´ if:
    -The SDM receives a message with an ³invalid´ flag from the module sending the pre-crash data
    -No data is received from the module sending the pre-crash data
    -No module present to send the pre-crash data
-Engine Speed is reported at two times the actual value in the following vehicles, if the vehicle is equipped with a 6.6L Duramax diesel engine (RPO LB7, LBZ, LLY, or LMM):
    -2001-2006 Chevrolet Silverado
    -2007 Chevrolet Silverado Classic

 **BOSCH**

**CDR** *CRASH DATA RETRIEVAL*

-2001-2006 GMC Sierra
-2007 GMC Sierra Classic
-2006-2007 Chevrolet Express
-2006-2007 GMC Savana
-2003-2009 Chevrolet Kodiak
-2003-2009 GMC Topkick

-Driver's Belt Switch Circuit Status indicates the status of the driver's seat belt switch circuit.  If the vehicle's electrical system is compromised during a crash, the state of the Driver's Belt Switch Circuit may be reported other than the actual state.
-Passenger Front Air Bag Suppression Switch Circuit Status indicate s the status of the suppression switch circuit.
-The Time Between This Event and the Previous Events is displayed in seconds.  If the time between the two events is greater than five seconds, 'N/A' is displayed in place of the time.
-If power to the SDM is lost during a crash event, all or part of the crash record may not be recorded.
-If the vehicle is a 2000 - 2002 Chevrolet Cavalier Z24 or a Pontiac Sunfire GT, with a manual transmission (RPO MM5) and a 2.4L engine (RPO LD9), the Brake Switch Circuit Status data will be reported in the opposite state than what actually occurred, e.g. an actual brake switch status of 'ON' will be reported as 'OFF'.
-All data should be examined in conjunction with other available physical evidence from the vehicle and scene.

**Data Source:**
All SDM recorded data is measured, calculated, and stored internally, except for the following:
-Vehicle Speed, Engine Speed, and Percent Throttle data are transmitted by the Powertrain Control Module (PCM), via the vehicle's communication network, to the SDM.
-Brake Switch Circuit Status data is transmitted by either the ABS module or the PCM, via the vehicle's communication network, to the SDM.
-The SDM may obtain Belt Switch Circuit Status data a number of different ways, depending on the vehicle architecture.  Some switches are wired directly to the SDM, while others may obtain the data from various vehicle control modules, via the vehicle's communication network.
-The Passenger Front Air Bag Suppression Switch Circuit is wired directly to the SDM.

**Hexadecimal Data:**
Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report.  The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program.  The control module contains additional data that is not retrievable by the CDR tool.

01025_SDMG-99JXZ09-10_r004

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## System Status At Non-Deployment

| | |
|---|---|
| SIR Warning Lamp Status | OFF |
| Driver's Belt Switch Circuit Status | UNBUCKLED |
| Passenger SIR Suppression Switch Circuit Status (if equipped) | Air Bag Not Suppressed |
| Ignition Cycles At Non-Deployment | 26168 |
| Ignition Cycles At Investigation | 26176 |
| Maximum SDM Recorded Velocity Change (MPH) | -0.42 |
| Algorithm Enable to Maximum SDM Recorded Velocity Change (msec) | 95 |
| Time Between this Event and the Previous Event (sec) | 0.4 |

| Seconds Before AE | Vehicle Speed (MPH) | Engine Speed (RPM) | Percent Throttle |
|---|---|---|---|
| -5 | 41 | 960 | 0 |
| -4 | 29 | 640 | 0 |
| -3 | 19 | 2880 | 30 |
| -2 | 7 | 3584 | 30 |
| -1 | 12 | 4480 | 30 |

| Seconds Before AE | Brake Switch Circuit State |
|---|---|
| -8 | ON |
| -7 | ON |
| -6 | OFF |
| -5 | ON |
| -4 | ON |
| -3 | OFF |
| -2 | OFF |
| -1 | OFF |

 **BOSCH**

CDR CRASH DATA RETRIEVAL



| Time (milliseconds) | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDM Recorded Velocity Change | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | N/A | N/A | N/A | N/A |

**BOSCH**    **CDR** CRASH DATA RETRIEVAL

## Hexadecimal Data

```
$01   08 23 00 00
$02   DA D1
$03   41 53 34 31 33 34
$04   4B 41 36 33 44 33
$05   00
$06   15 07 32 52
$10   F3 37 FF
$11   86 88 87 7C 8E 00
$14   03 84 34 80
$18   83 83 84 BE FF 00
$1C   FA FA FA FA FA FA
$1D   FA FA FA FA FA FA
$1E   FA FA
$1F   FF 01 00 00 00
$20   A0 00 00 FF 7D 80
$21   FF FF FF FF FF FF
$22   FF FF FF FF FF FF
$23   FF 00 00 1F 00 00
$24   00 00 00 00 00 00
$25   00 00 00 00 FF FF
$26   FF FF 0B 14 0B 1E
$27   2F 42 00 1B 00 4C
$28   4C 4C C0 00 00 46
$29   38 2D 0A 0F 00 F3
$2A   38 FF FC 41 33 41
$2B   3F FF FF 00 00 00
$2C   00 2E 00 00
$2D   26 09 1C 00
$30   FF FF FF FF FF FF
$31   FF FF FF FF FF FF
$32   FF FF FF FF FF FF
$33   FF FF FF FF FF FF
$34   FF FF FF FF FF FF
$35   FF FF FF FF FF FF
$36   FF FF FF FF FF FF
$37   FF FF FF FF FF FF
$38   FF FF FF FF FF FF
$39   FF FF FF FF FF FF
$3A   FF FF FF FF FF FF
$3B   FF FF FF
$3C   FF FF FF FF
$40   FF FF FF FF FF FF
$41   FF FF FF FF FF FF
$42   FF FF FF FF FF FF
$43   FF
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

 **BOSCH**

 CDR *CRASH DATA* **RETRIEVAL**

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers *whose vehicles* are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | WDDHF8JB9EA901889 |
| User | SGT STONE |
| Case Number | 01-491-17 |
| EDR Data Imaging Date | 12/18/2017 |
| Crash Date | 11/22/2017 |
| Filename | 01-491-17  MERC  WDDHF8JB9EA901889_ACM.CDRX |
| Saved on | Monday, December 18 2017 at 11:13:27 |
| Imaged with CDR version | Crash Data Retrieval Tool 17.5.1 |
| Imaged with Software Licensed to (Company Name) | Michigan State Police |
| Reported with CDR version | Crash Data Retrieval Tool 17.4.2 |
| Reported with Software Licensed to (Company Name) | Michigan State Police |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Record 1, Record 2 |

## Comments

DLC

14 MEEC

## Data Limitations

**MERCEDES-BENZ SUPPLEMENTAL RESTRAINT SYSTEM (SRS) CONTROL MODULE DATA LIMITATIONS:**

**General Information:**
SRS Control Module data limitations are intended to assist in reading event data that has been imaged from the vehicle's SRS control module. They are not intended to provide specific information regarding data interpretation. Event data should be considered in conjunction with other available physical evidence from the vehicle and scene.

Certain MY2014 and later Mercedes-Benz passenger vehicles are designed to fulfill the requirements of 49 CFR 563 - Event Data Recorders, and to be compatible with the Bosch CDR tool.

The Recorded Crash Events can be read by the CDR tool via the vehicle's OBD connector. Connecting the CDR tool directly to the SRS Control Module should ONLY be considered if the vehicle's electrical system has been compromised.  If it is necessary to remove the SRS Control Module from the vehicle, proceed with CAUTION! During bench top imaging, make sure the SRS Control Module remains stationary, and is NOT moved, tilted or rotated while connected to and powered by the CDR Interface Module. Also, after CDR imaging, wait at least one minute after power is removed from the SRS Control Module before attempting to move the module. Not following these general SRS Control Module guidelines for bench top imaging could cause new events to be recorded in the Module.
NOTE: When the CDR tool is connected directly to the SRS Control Module, the current fault status will be altered if the Module is powered-up without having all of the other vehicle inputs connected (e.g., benchtop imaging).  However, this will not affect the stored fault data information in any of the Event Records.

To increase data safety, the transmitted data will be first signed by the SRS Control Module. This can take up to 60 seconds for each recorded event.

**Recorded Crash Events:**
Data for front, side, rear, and rollover events can be recorded as either non-deployment or deployment events. Both types of events can contain pre-crash and crash data.

The SRS Control Module can store six events in total, such as Non-Deployment Events (NDE) and Deployment Events (DE):
- A Non-Deployment Event is recorded if the change in longitudinal or lateral velocity equals or exceeds 8km/h over a 150ms timeframe. Non-Deployment Events are stored into memory but (the oldest) can be over-written by subsequent Non-Deployment or Deployment Events.
- A Deployment Event is recorded if any type of non-reversible deployable restraint device (e.g., belt pretensioners, front airbag(s), side airbag (s), side curtain airbag(s), etc.) are commanded to deploy. Deployment Events are stored into memory and cannot be over-written.

The events will be imaged by the CDR tool in chronological order (e.g. the first event is the most recent one).

If power to the SRS Control Module is interrupted during an event, all data from this event will be stored (see information "Complete file recorded"). For subsequent events, all or part of the event data record may not be recorded. Such events cannot be retrieved by the CDR tool.

The "event begin" $t_0$ is initiated by:

 **BOSCH**

 CRASH DATA RETRIEVAL

- the change in longitudinal velocity equals or exceeds 0.8km/h over a 20ms timeframe (front threshold)
- the change in lateral velocity equals or exceeds 0.8km/h over a 5ms timeframe (side threshold)
- wake-up of the front, side or rear algorithm
- deployment of a restraint by the rollover algorithm.

The event monitoring for recording will always be 300ms even if:
- the change in longitudinal and lateral velocity equals or falls below 0.8km/h over a 20ms timeframe
- each algorithm is inactive.

**Multiple Events:**
Data recorded by the SRS Control Module and imaged by the CDR tool is displayed relative to $t_0$, NOT the time at which the vehicle made contact with another vehicle or object.

Vehicle crash events may result in one or more stored Deployment or Non-Deployment events in the EDR.

Parallel Event: If there are more than one crash algorithms active during an accident, and if the start time for any algorithm occurs within 300ms of $t_0$ for another algorithm, (e.g. angular impact, where front algorithm and side algorithm starts and resets individually), then these overlapping recordings are considered a "parallel event". In this case, the initial stored event is characterized by one of the following: 1) the first triggered algorithm (e.g., front, side, or rear); 2) the first event threshold which was exceeded (e.g., longitudinal or lateral velocity threshold); or 3) the a deployment of a restraint by the rollover algorithm. Subsequent events are reported with reference to the initial event $t_0$

Multiple Event: If there are more than one crash algorithms active during an accident and if the algorithms do not overlap as described above, this is considered a "multiple event if to for any algorithm occurs within 5 seconds of to for another algorithms. The chronological sequence within a multiple event is marked by the data element "multi-event, number of events." The time period between this event and the preceding event is marked in the data element "time from event n to n+1."

Separate Events: If there are more than one crash algorithms active during an accident that do not overlap in time and for which start times $t_0$ are set apart more than 5 seconds, then these are considered as separate events.

**Data Element Sign Convention:**
The sign convention is according to "NHTSA 49 CFR 563 - Event Data Recorders".

| Data Element Name | Positive Sign Notation Indicates |
|---|---|
| Delta-V, Longitudinal | Forward |
| Maximum Delta-V, Longitudinal | Forward |
| Delta-V, Lateral | Left to Right |
| Maximum Delta-V, Lateral | Left to Right |
| Vehicle Roll Angle | Clockwise Rotation around vehicles longitudinal axis |

**Data Elements:**
Pre-Crash Data:
- Pre-Crash Data is recorded at 2 samples per second starting 5 seconds before $t_0$.
- Pre-Crash Data is recorded asynchronously.
- Recorded Pre-Crash Data has a time resolution of 500ms. Therefore, the indicated time associated with the first pre-crash data element may be delayed by up to 500ms.
- Pre-Crash Data indicates "Data Invalid" if a message with an "invalid" flag from the module sending the pre-crash data is sent.
- Pre-Crash Data indicates "Data Not Available" if no data is received from the module sending the pre-crash data.
- "Speed, vehicle indicated" accuracy can be affected by various factors, such as significant changes in tire size from the factory original vehicle specification, wheel lockup or slip.
- "Accelerator Pedal Position, percent full" is the ratio of accelerator pedal position compared to the fully depressed position.
- "Service Brake Status" only indicates driver-initiated braking. Automatic braking (e.g. Autonomous Cruise Control) will not be recorded.

Crash data:
- Delta-V data is recorded at 100Hz from $t_0$ to 250ms.
- "Delta-V, longitudinal" reflects the change in velocity that the SRS Control Module experienced in the longitudinal direction during the recorded portion of the event and is not the speed at which the vehicle was traveling before the event.
- Depending on the severity of the event relative to the range of the accelerometer, saturation of the SRS Control Module longitudinal or lateral accelerometers may occur. This condition is recorded in the EDR.
- "Restraint Deployment Time" (e.g. airbag(s)) is reported as the time t which a deployment was requested by this device.
- "Restraint Disposal" (e.g. 2nd stage of the frontal airbag(s)) is reported if a disposal request of this device occurs.
- "Seat Track Position Switch Status, front passenger" is reported as "foremost" or "not foremost".
- "Occupant size classification, right front passenger airbag suppressed" data is recorded as "yes" (suppressed), if the front passenger seat sensor system determined the passenger seat was empty or occupied by a child-seat.

**Data Source:**
All recorded data is measured and calculated within the SRS Control Module except for the following parameters (if applicable) which are transmitted via the vehicle's communication network to the SRS Control Module:
- Speed, vehicle indicated
- Accelerator pedal position, percent full
- Service brake
- Safety Belt Status (the Belt Switch Circuit is wired directly to the SRS Control Module)

**Hexadecimal Data:**

 **BOSCH**

 *CRASH DATA* **RETRIEVAL**

All data that has been specified for imaging are shown in the hexadecimal data section of this report. However, not all of these data are translated by the CDR tool. The imaged SRS Control Module may contain additional data that are not retrievable by the CDR tool.

**Privacy Issue**

**As of February 2013 the following states:  Arkansas, California, Connecticut, Maine, Nevada, New Hampshire, New York, North Dakota, Oregon, Texas, Virginia, and Washington all have EDR Laws to address vehicle owner's privacy and consumer concerns.  Subsequently, a 2015 Federal law prescribed privacy restrictions to address these same concerns. It is the responsibility of the user and end user to observe all applicable State and Federal privacy laws.**

09001_Daimler001_r004

 **BOSCH**

 CRASH DATA RETRIEVAL

## System Status at Event (Record 1, Most Recent)

| | |
|---|---|
| Event Type | Frontal |
| Time From Time Zero to Frontal Threshold (Beginning of Impact) (msec) | 40 |
| Time From Time Zero to Side Threshold (Beginning of Impact) (msec) | Threshold Not Reached |
| Time From Time Zero to Algo Start (Front) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Side) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Rear) (msec) | Algorithm Not Started |
| Time From Time Zero to Deployment (Rollover) (msec) | Algorithm Not Started |
| Time From Time Zero to Deployment (Pitchover) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Pedestrian Protection) (msec) | Algorithm Not Started |
| Maximum Delta-V, Longitudinal (MPH [km/h]) | -13.7 [-22] |
| Maximum Delta-V, Lateral (MPH [km/h]) | 0.6 [1] |
| Time, Maximum Delta-V, Longitudinal (msec) | 273 |
| Time, Maximum Delta-V, Lateral (msec) | 265 |
| Clipping Time Longitudinal Sensor (msec) | Clipping Not Reached |
| Clipping Time Lateral Sensor (msec) | Clipping Not Reached |
| Multi-Event, Number of Events | 1. Event |
| Time From Previous Event to Current Event (msec) | 0 |
| Complete File Recorded, Generic, Prio 1 Data | Completed Successfully |
| Ignition Cycle, Crash (cycle) | 7,677 |
| Ignition Cycle, Download (cycle) | 7,678 |
| Vehicle Mileage (km) | 60,260 |
| Operating Time (min) | 123,061 |
| Vehicle Identification Number | WDDHF8JB9EA901889 |
| Event Counter (counts) | 2 |

 **BOSCH**



## Deployment Command Data (Record 1, Most Recent)

| | |
|---|---|
| Frontal Air Bag, Time to 1st Stage Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, Time to 2nd Stage Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, Time to 3rd Stage (Vent) Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, 2nd Stage Disposal, Driver | Data Not Available |
| Frontal Air Bag, 3rd Stage (Vent) Disposal, Driver | Data Not Available |
| Frontal Air Bag, Time to 1st Stage Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, Time to 2nd Stage Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, Time to 3rd Stage (Vent) Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, 2nd Stage Disposal, Front Passenger | Data Not Available |
| Frontal Air Bag, 3rd Stage (Vent) Disposal, Front Passenger | Data Not Available |
| Side Air Bag, Time to Deployment, Driver (msec) | Data Not Available |
| Side Curtain/Tube Air Bag,Time to Deployment, Driver Side (msec) | Data Not Available |
| Pretensioner (1), Time to Deploy, Driver (msec) | Data Not Available |
| Side Air Bag, Time to Deployment 1st Stage, Front Passenger (msec) | Data Not Available |
| Side Curtain/Tube Air Bag, Time to Deployment, Passenger Side (msec) | Data Not Available |
| Pretensioner (1), Time to Deploy, Front Passenger (msec) | Data Not Available |
| Pretensioner (2), Time to Deploy, Driver (msec) | Data Not Available |
| Pretensioner (2), Time to Deploy, Front Passenger (msec) | Data Not Available |
| Pretensioner (3), Time to Deploy, Driver (msec) | Data Not Available |
| Pretensioner (3), Time to Deploy, Front Passenger (msec) | Data Not Available |

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## Pre-Crash Data -1 Sec (Record 1, Most Recent)

| | |
|---|---|
| Safety Belt Status, Driver | Belted |
| Seat Track Position Switch Status, Driver | Data Not Available |
| Air Bag Warning Lamp (AWL) | Off |
| Safety Belt Status, Front Passenger | Not Belted |
| Seat Track Position Switch Status, Front Passenger | Not Foremost (Middle|Rear) |
| Occupant Size Classification, Front Passenger | Empty |

## Pre-Crash Data -5 to 0 sec (Record 1, Most Recent)

| Time (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Accelerator Pedal (%) | Service Brake Activation |
|---|---|---|---|
| -5.0 | 76 [122] | 36 | Off |
| -4.5 | 76 [122] | 36 | Off |
| -4.0 | 76 [123] | 36 | Off |
| -3.5 | 76 [122] | 36 | Off |
| -3.0 | 76 [123] | 36 | Off |
| -2.5 | 76 [123] | 36 | Off |
| -2.0 | 76 [123] | 24 | Off |
| -1.5 | 76 [123] | 0 | Off |
| -1.0 | 76 [122] | 0 | Off |
| -0.5 | 75 [121] | 0 | On |
| 0.0 | 70 [112] | 66 | On |

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## Longitudinal Crash Pulse (Record 1, Most Recent)



### Delta V, Longitudinal (Record 1, Most Recent)

| Time (msec) | Delta-V, Longitudinal (MPH [km/h]) |
|---|---|
| 0 | -0.6 [-1] |
| 10 | -1.2 [-2] |
| 20 | -1.9 [-3] |
| 30 | -2.5 [-4] |
| 40 | -3.1 [-5] |
| 50 | -4.3 [-7] |
| 60 | -5.0 [-8] |
| 70 | -6.2 [-10] |
| 80 | -7.5 [-12] |
| 90 | -9.3 [-15] |
| 100 | -10.6 [-17] |
| 110 | -11.8 [-19] |
| 120 | -12.4 [-20] |
| 130 | -13.0 [-21] |
| 140 | -13.7 [-22] |
| 150 | -13.7 [-22] |
| 160 | -13.7 [-22] |
| 170 | -13.7 [-22] |
| 180 | -13.7 [-22] |
| 190 | -13.7 [-22] |
| 200 | -13.7 [-22] |
| 210 | -13.7 [-22] |
| 220 | -13.7 [-22] |
| 230 | -13.7 [-22] |
| 240 | -13.7 [-22] |
| 250 | -13.7 [-22] |

**BOSCH**



**Lateral Crash Pulse (Record 1, Most Recent)**



| Time (msec) | Delta-V, Lateral (MPH [km/h]) |
|---|---|
| 0 | 0.0 [0] |
| 10 | 0.0 [0] |
| 20 | 0.0 [0] |
| 30 | 0.0 [0] |
| 40 | 0.0 [0] |
| 50 | 0.0 [0] |
| 60 | 0.0 [0] |
| 70 | 0.0 [0] |
| 80 | 0.0 [0] |
| 90 | 0.0 [0] |
| 100 | 0.0 [0] |
| 110 | 0.0 [0] |
| 120 | 0.0 [0] |
| 130 | 0.0 [0] |
| 140 | 0.0 [0] |
| 150 | 0.6 [1] |
| 160 | 0.6 [1] |
| 170 | 0.0 [0] |
| 180 | 0.0 [0] |
| 190 | 0.0 [0] |
| 200 | 0.6 [1] |
| 210 | 0.6 [1] |
| 220 | 0.6 [1] |
| 230 | 0.6 [1] |
| 240 | 0.6 [1] |
| 250 | 0.6 [1] |

 **BOSCH**

 *CRASH DATA RETRIEVAL*

## System Status at Event (Record 2)

| | |
|---|---|
| Event Type | Frontal |
| Time From Time Zero to Frontal Threshold (Beginning of Impact) (msec) | 72 |
| Time From Time Zero to Side Threshold (Beginning of Impact) (msec) | Threshold Not Reached |
| Time From Time Zero to Algo Start (Front) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Side) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Rear) (msec) | Algorithm Not Started |
| Time From Time Zero to Deployment (Rollover) (msec) | Algorithm Not Started |
| Time From Time Zero to Deployment (Pitchover) (msec) | Algorithm Not Started |
| Time From Time Zero to Algo Start (Pedestrian Protection) (msec) | Algorithm Not Started |
| Maximum Delta-V, Longitudinal (MPH [km/h]) | -8.1 [-13] |
| Maximum Delta-V, Lateral (MPH [km/h]) | 1.2 [2] |
| Time, Maximum Delta-V, Longitudinal (msec) | 300 |
| Time, Maximum Delta-V, Lateral (msec) | 288 |
| Clipping Time Longitudinal Sensor (msec) | Clipping Not Reached |
| Clipping Time Lateral Sensor (msec) | Clipping Not Reached |
| Multi-Event, Number of Events | 1. Event |
| Time From Previous Event to Current Event (msec) | 0 |
| Complete File Recorded, Generic, Prio 1 Data | Completed Successfully |
| Ignition Cycle, Crash (cycle) | 6,620 |
| Ignition Cycle, Download (cycle) | 7,678 |
| Vehicle Mileage (km) | 41,300 |
| Operating Time (min) | 88,414 |
| Vehicle Identification Number | WDDHF8JB9EA901889 |
| Event Counter (counts) | 1 |

 

## Deployment Command Data (Record 2)

| | |
|---|---|
| Frontal Air Bag, Time to 1st Stage Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, Time to 2nd Stage Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, Time to 3rd Stage (Vent) Deployment, Driver (msec) | Data Not Available |
| Frontal Air Bag, 2nd Stage Disposal, Driver | Data Not Available |
| Frontal Air Bag, 3rd Stage (Vent) Disposal, Driver | Data Not Available |
| Frontal Air Bag, Time to 1st Stage Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, Time to 2nd Stage Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, Time to 3rd Stage (Vent) Deployment, Front Passenger (msec) | Data Not Available |
| Frontal Air Bag, 2nd Stage Disposal, Front Passenger | Data Not Available |
| Frontal Air Bag, 3rd Stage (Vent) Disposal, Front Passenger | Data Not Available |
| Side Air Bag, Time to Deployment 1st Stage, Driver (msec) | Data Not Available |
| Side Curtain/Tube Air Bag, Time to Deployment, Driver Side (msec) | Data Not Available |
| Pretensioner (1), Time to Deploy, Driver (msec) | Data Not Available |
| Side Air Bag, Time to Deployment 1st Stage, Front Passenger (msec) | Data Not Available |
| Side Curtain/Tube Air Bag, Time to Deployment, Passenger Side (msec) | Data Not Available |
| Pretensioner (1), Time to Deploy, Front Passenger (msec) | Data Not Available |
| Pretensioner (2), Time to Deploy, Driver (msec) | Data Not Available |
| Pretensioner (2), Time to Deploy, Front Passenger (msec) | Data Not Available |
| Pretensioner (3), Time to Deploy, Driver (msec) | Data Not Available |
| Pretensioner (3), Time to Deploy, Front Passenger (msec) | Data Not Available |

 **BOSCH**

**CDR** CRASH DATA RETRIEVAL

## Pre-Crash Data -1 Sec (Record 2)

| | |
|---|---|
| Safety Belt Status, Driver | Belted |
| Seat Track Position Switch Status, Driver | Data Not Available |
| Air Bag Warning Lamp (AWL) | Off |
| Safety Belt Status, Front Passenger | Belted |
| Seat Track Position Switch Status, Front Passenger | Not Foremost (Middle\|Rear) |
| Occupant Size Classification, Front Passenger | Child |

## Pre-Crash Data -5 to 0 sec (Record 2)

| Time (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Accelerator Pedal (%) | Service Brake Activation |
|---|---|---|---|
| -5.0 | 57 [91] | 0 | Off |
| -4.5 | 57 [91] | 0 | Off |
| -4.0 | 57 [91] | 0 | Off |
| -3.5 | 56 [90] | 0 | Off |
| -3.0 | 56 [90] | 0 | Off |
| -2.5 | 55 [89] | 0 | Off |
| -2.0 | 55 [89] | 0 | Off |
| -1.5 | 55 [88] | 0 | Off |
| -1.0 | 55 [88] | 0 | Off |
| -0.5 | 48 [78] | 0 | On |
| 0.0 | 39 [62] | 0 | On |

 

## Longitudinal Crash Pulse (Record 2)



**Delta V, Longitudinal (Record 2)**

| Time (msec) | Delta-V, Longitudinal (MPH [km/h]) |
|---|---|
| 0 | -0.6 [-1] |
| 10 | -0.6 [-1] |
| 20 | -1.2 [-2] |
| 30 | -1.9 [-3] |
| 40 | -2.5 [-4] |
| 50 | -2.5 [-4] |
| 60 | -3.1 [-5] |
| 70 | -3.7 [-6] |
| 80 | -4.3 [-7] |
| 90 | -4.3 [-7] |
| 100 | -5.0 [-8] |
| 110 | -5.6 [-9] |
| 120 | -5.6 [-9] |
| 130 | -5.6 [-9] |
| 140 | -5.6 [-9] |
| 150 | -6.2 [-10] |
| 160 | -6.2 [-10] |
| 170 | -6.2 [-10] |
| 180 | -6.8 [-11] |
| 190 | -6.8 [-11] |
| 200 | -6.8 [-11] |
| 210 | -6.8 [-11] |
| 220 | -6.8 [-11] |
| 230 | -7.5 [-12] |
| 240 | -7.5 [-12] |
| 250 | -7.5 [-12] |

 

## Lateral Crash Pulse (Record 2)



### Delta V, Lateral (Record 2)

| Time (msec) | Delta-V, Lateral (MPH [km/h]) |
|---|---|
| 0 | 0.0 [0] |
| 10 | 0.0 [0] |
| 20 | 0.0 [0] |
| 30 | 0.0 [0] |
| 40 | 0.0 [0] |
| 50 | 0.0 [0] |
| 60 | 0.6 [1] |
| 70 | 0.6 [1] |
| 80 | 0.6 [1] |
| 90 | 0.6 [1] |
| 100 | 0.6 [1] |
| 110 | 0.6 [1] |
| 120 | 0.6 [1] |
| 130 | 0.6 [1] |
| 140 | 0.6 [1] |
| 150 | 0.6 [1] |
| 160 | 1.2 [2] |
| 170 | 1.2 [2] |
| 180 | 1.2 [2] |
| 190 | 1.2 [2] |
| 200 | 1.2 [2] |
| 210 | 1.2 [2] |
| 220 | 1.2 [2] |
| 230 | 1.2 [2] |
| 240 | 1.2 [2] |
| 250 | 1.2 [2] |

 

## Hexadecimal Data

```
FA10   02

FA12   01 00 00 07 F1 00 00 07 F9

FA11   01 00 03

FA13   00 02 00 01 00 00 02 00 28 00 03 FF FF 00 04 FF
       FF 00 05 FF FF 00 06 FF FF 00 07 FF FF 00 08 FF
       FF 00 09 FF FF 00 1F 64 00 00 19 7E 7D 7C 7B 7A
       78 77 75 73 70 6E 6C 6B 6A 69 69 69 69 69 69 69
       69 69 69 69 69 00 20 64 00 00 19 7F 7F 7F 7F 7F
       7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 80 80 7F 7F 7F 80
       80 80 80 80 80 00 21 69 00 22 80 00 23 6D 00 24
       6A 00 28 FF 00 29 FF 00 2D 01 00 2E 00 00 00 33
       FF FF 00 34 FF FF 00 35 FF FF 00 36 FF 00 37 FF
       00 38 FF FF 00 39 FF FF 00 3A FF FF 00 3B FF 00
       3C FF 00 3D FF FF 00 3E FF FF 00 3F FF FF 00 41
       FF FF 00 42 FF FF 00 43 FF FF 00 47 01 00 48 FF
       00 4B 00 00 4D 00 00 4E 03 00 4F 00 00 5B 7A 7A
       7B 7A 7B 7B 7B 7B 7A 79 70 00 5C 24 24 24 24 24
       24 18 00 00 00 42 00 5F 00 00 00 00 00 00 00 00
       00 01 01 00 6D FF FF 00 6E FF FF 00 70 FF FF 00
       71 FF FF 03 E8 A5 03 E9 1D FD 03 EA 1D FE 03 F1
       17 8A 03 F2 01 E0 B5 03 F3 57 44 44 48 46 38 4A
       42 39 45 41 39 30 31 38 38 39 03 FB 04 03 FD 00
       02 03 FE 1E 3A 8C C9

FA14   00 01 00 01 00 00 02 00 48 00 03 FF FF 00 04 FF
       FF 00 05 FF FF 00 06 FF FF 00 07 FF FF 00 08 FF
       FF 00 09 FF FF 00 1F 64 00 00 19 7E 7E 7D 7C 7B
       7B 7A 79 78 78 77 76 76 76 76 75 75 75 74 74 74
       74 74 73 73 73 00 20 64 00 00 19 7F 7F 7F 7F 7F
       7F 80 80 80 80 80 80 80 80 80 80 81 81 81 81 81
       81 81 81 81 81 00 21 72 00 22 81 00 23 78 00 24
       73 00 28 FF 00 29 FF 00 2D 01 00 2E 00 00 00 33
       FF FF 00 34 FF FF 00 35 FF FF 00 36 FF 00 37 FF
       00 38 FF FF 00 39 FF FF 00 3A FF FF 00 3B FF 00
       3C FF 00 3D FF FF 00 3E FF FF 00 3F FF FF 00 41
       FF FF 00 42 FF FF 00 43 FF FF 00 47 01 00 48 FF
       00 4B 00 00 4D 01 00 4E 03 00 4F 01 00 5B 5B 5B
       5B 5A 5A 59 59 58 58 4E 3E 00 5C 00 00 00 00 00
       00 00 00 00 00 00 00 00 5F 00 00 00 00 00 00 00
       00 01 01 00 6D FF FF 00 6E FF FF 00 70 FF FF 00
       71 FF FF 03 E8 A5 03 E9 19 DC 03 EA 1D FE 03 F1
       10 22 03 F2 01 59 5E 03 F3 57 44 44 48 46 38 4A
       42 39 45 41 39 30 31 38 38 39 03 FB 04 03 FD 00
       01 03 FE AA 13 2C DB

FA15   00 00

FA16   00 00

FA17   00 00

FA18   00 00
```

 **BOSCH**



## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

| Authority 1949 PA 300, Sec.257.622<br>Compliance Required      MSP UD-10E<br>Penalty: $100 and/or 90 days      (Rev 01/2016) | External #<br>73192 | Crash ID | Page 1<br>File Class  93001<br>Incident #<br>C9711<br>Reviewer |
|---|---|---|---|

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

| ORI:<br>MI2539900 | Department Name | Flint Township Police Department | Sgt. Jerome Grzanka (28041) |
|---|---|---|---|

| Crash Date<br>11/22/2017 | Crash Time<br>17:58 | No. of Units<br>02 | Crash Type<br>Rear End | Special Circumstances<br>● None  ○ Hit and Run  ○ School Bus<br>○ Fleeing Police  ○ Unknown  ○ Animal | Special Checks<br>● Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile |
|---|---|---|---|---|---|

| County<br>25 - GENESEE | Traffic Control<br>None | Relation to Roadway<br>On the Road | Weather<br>Cloudy | Area<br>Entrance/Exit Ramp Related |
|---|---|---|---|---|

| City/Twsp<br>7 - FLINT TWP | Contributing Circumstances<br>1st  None | 2nd | Light<br>Dark-Unlighted | Road Surface Condition<br>Dry | Total Lanes<br>03 | Speed Limit<br>70 | Posted<br>Yes |
|---|---|---|---|---|---|---|---|

| Work Zone (if applicable)<br>Type | Workers Present<br>No | Activity | Location |
|---|---|---|---|

| Prefix | Primary Road Name<br>EB I-69 | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|

| Distance/Direction<br>300.0 Feet BR | Trafficway<br>Not Physically Divided | | |
|---|---|---|---|

| Prefix | Intersecting Road Name<br>RAMP 019I | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|

| Unit Number<br>01 | Unit Known<br>Yes | State<br>MI | Driver License Number<br>M500135802017 | Date of Birth (Age)<br>01/05/1975 (42) | License Type<br>● Operator  ○ Cycle<br>○ Chauffer  ○ Farm<br>○ Moped  ○ Recreation | Endorsements | Sex<br>M | Total Occupants<br>02 | Hazardous Action<br>Failed to Yield |
|---|---|---|---|---|---|---|---|---|---|

| Unit Type<br>MV | Driver Information<br>DAVID TROY MUMA<br>3714 LEITH ST<br>FLINT MI 48506 | | Driver is Owner<br>No | Injury<br>K | Position<br>Front - Left | Restraint<br>Shoulder & Lap Belt |
|---|---|---|---|---|---|---|

| Driver Condition at Time of Crash<br>1st  Unknown | 2nd | Driver Distracted By<br>Not Distracted | Ejected<br>No | Trapped<br>No | Airbag Deployed<br>Not Deployed |
|---|---|---|---|---|---|

| Hospital<br>None | Ambulance<br>Patriot Ambulance Service |
|---|---|

| Alcohol Suspected<br>No | Contributing Factor<br>No | Alcohol Test Type<br>○ Breath  ○ Blood  ○ Urine<br>○ Field  ○ PBT  ● Not Offered | Alcohol Test Results<br>○ Pending      Test Results. | Interlock Device<br>No |
|---|---|---|---|---|

| Drug Suspected<br>No | Contributing Factor<br>No | Drug Test Type<br>○ Blood  ○ Urine<br>○ Field  ○ Refused  ● Not Offered | Drug Test Results<br>○ Pending      Test Results. | Citation Issued<br>○ Hazardous<br>○ Other |
|---|---|---|---|---|

| Vehicle Registration<br>DMP2887 | State<br>MI | Vehicle Description<br>Passenger Car, SUV, Van | Year<br>2004 | Make<br>CHEVROLET | Model<br>BLAZER | Color<br>BLU |
|---|---|---|---|---|---|---|

| VIN<br>1GNCS18X84K165951 | Vehicle Type<br>Passenger Car, SUV, Van | Special Vehicles<br>None | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|

| Insurance Company<br>NATIONAL GENERAL | Insurance Policy #<br>GSJ10648092 | Towed By<br>LOUIES | Towed To<br>LOUIES |
|---|---|---|---|

| Location of<br>Greatest Damage  07 | First Impact  05 | Extent of Damage (Power Unit and/or Trailers)<br>Disabling Damage | Vehicle Direction<br>E | Vehicle Use<br>Private | Action Prior<br>Changing Lanes |
|---|---|---|---|---|---|

| Sequence of Events<br>(● indicates MOST harmful event) | First<br>17 - Motor Vehicle in Transport | Second<br>01 - Loss of control | Third<br>66 - Overturn | Fourth<br>13 - Individual Fell From Vehicle |
|---|---|---|---|---|

| Passenger Information<br>JAMES DENNIS MCNAMARA | Date of Birth (Age) | Sex | Position<br>Front - Right | Restraint<br>Shoulder & Lap Belt |
|---|---|---|---|---|
| | Injury<br>A | Ejected<br>No | Trapped<br>No | Airbag Deployed<br>Not Deployed |

| Hospital<br>Hurley Medical Center | Ambulance<br>Stat EMS, Inc |
|---|---|

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | Injury | Ejected | Trapped | Airbag Deployed |

| Hospital | Ambulance |
|---|---|

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | Injury | Ejected | Trapped | Airbag Deployed |

| Hospital | Ambulance |
|---|---|

| Carrier Information | USDOT | MC | MPSC |
|---|---|---|---|
| | Driver's CDL Type<br>○ H  ○ P  ○ T<br>○ N  ○ S  ○ X | Endorsements | CDL Exempt<br>○ Yes<br>○ Farm<br>○ Other |

| GVWR/GCWR<br>○ 10,000 lbs. or Less    ○ 10,001 - 26,000 lbs.    ○ Greater than 26,000 lbs. | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material<br>○ Placard  ○ Cargo Spill | ID # | Class # |
|---|---|---|---|---|---|---|

| Owner Information | Owner Information |
|---|---|

| Damaged Property | Public | Owner & Phone |
|---|---|---|

| Unit Number | Unit Known | State | Driver License Number | | Date of Birth (Age) | | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | Yes | MI | | | | | ● Operator ○Chauffeur ○Moped | ○Cycle ○Farm ○Recreation | F | 01 | None |
| Unit Type | Drum Information | | | | Driver is Owner | Injury | Position | | Restraint | | |
| MV | | | | | No | O | Front - Left | | Shoulder & Lap Belt | | |
| Driver Condition at Time of Crash | | 1st 2nd | | | Driver Distracted by | | | | Ejected | Trapped | Airbag Deployed |
| Appeared Normal | | | | | Other Activity Inside the Vehicle (Eating, Personal Hygiene) | | | | No | No | Not Deployed |

| Hospital | | | | | | Ambulance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | None | | | | | |
| Alcohol Suspected | Contributing Factor | Alcohol Test Type | | | | Alcohol Test Results | | | | Interlock Device | |
| No | No | ○Breath ● Blood ○Urine ○Field ○PBT ○Refused ○Not Offered | | | | ● Pending | Test Results: | | | No | |
| Drug Suspected | Contributing Factor | Drug Test Type | | | | Drug Test Results | | | | Citation Issued | |
| No | No | ○Blood ○Urine ○Field ○Refused ○Not Offered | | | | ● Pending | Test Results: | | | ○Hazardous ○Other | |

| Vehicle Registration | State | Vehicle Description | | Year | Make | | Model | | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DQF6390 | MI | | | 2014 | MERC BENZ | | E | | | SIL | |
| VIN | | Vehicle Type | | Special Vehicles | | | Private Trailer Type | | | Vehicle Defect | |
| WDDHF8JB9EA901889 | | Passenger Car, SUV, Van | | None | | | | | | | |

| Insurance Company | | Insurance Policy # | | Towed By | | | Towed To | |
|---|---|---|---|---|---|---|---|---|
| PROGRESSIVE | | 27251018 | | LOUIES | | | LOUIES | |
| Location of Greatest Damage | First Impact | Extent of Damage (Power Unit and/or Trailers) | | Vehicle Direction | Vehicle Use | | Action Prior | |
| 01 | 01 | Disabling Damage | | E | Private | | Going Straight Ahead | |
| Sequence of Events | First | | Second | | Third | | Fourth | |
| (# indicates MOST harmful event) | 17 - Motor Vehicle in Transport | | | | | | | |

| Passenger Information | | | | Date of Birth (Age) | | Sex | Position | | Restraint | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Injury | Ejected | Trapped | Airbag Deployed | | | |
| Hospital | | | | | | Ambulance | | | | |
| Passenger Information | | | | Date of Birth (Age) | | Sex | Position | | Restraint | |
| | | | | Injury | Ejected | Trapped | Airbag Deployed | | | |
| Hospital | | | | | | Ambulance | | | | |
| Passenger Information | | | | Date of Birth (Age) | | Sex | Position | | Restraint | |
| | | | | Injury | Ejected | Trapped | Airbag Deployed | | | |
| Hospital | | | | | | Ambulance | | | | |

| Carrier Information | | | | USDOT | | MC | | MPSC | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Driver's CDL Type | Endorsements | CDL Exempt | | | |
| | | | | | ○H ○P ○T ○N ○S ○X | ○Farm ○Other | | | |
| GVWR/GCWR | | | | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
| ○10,000 lbs or Less ○10,001 - 26,000 lbs. ○Greater then 26,000 lbs. | | | | | | | ○Placard ○Cargo Spill | | |

| Owner Information | Owner Information |
|---|---|
| | |

| Witness Information | Witness Information |
|---|---|
| BRIAN MARK SCOVIAC | |

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos |
|---|---|---|---|---|
| Yes | 11/22/2017 (18:16) | Off. Michael Schuyler (28087) | | Yes |

| Narrative | Diagram |
|---|---|
| Both units were E/B on I-69 approaching ramp 019I (I-75). Unit #1 passed unit #2, changed lanes to the right and simultaneously hit his brakes in order to exit onto ramp 019I. Unit #2 struck unit #1. Unit #1 then lost control and rolled. The driver of unit #1 was ejected and pronounced dead at the scene.<br><br>Complaint #1739910623 |  |

 ☰ ★ News ⚡ Weather ⚑ Sports ❶ About ABC12 📹 Live Stream



# Deadly I-69 accident in Flint Twp.

ABC12 News Team - Posted: Wed 7:54 PM Nov 22, 2017 - Updated: Wed 11:03 PM Nov 22, 2017



**LINT TOWNSHIP (WJRT)** - (11 22 17) - One person is dead after a two-car rollover accident in Flint Township Wednesday vening.



olice aren't able to say too much yet, but confirm the driver of ne vehicle died at the scene, the other is in stable condition at a earby hospital.

happened just before 6:00 p.m. on eastbound I-69 near the I-75 iterchange

high volume of holiday traffic is being diverted off the freeway : Bristol Road and it will likely remain closed late into the vening.

tay with ABC12 for updates

I had to blow this up because he purposly Stood back out of way of 200ft bull

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE 0645 | 2. PERSON REPRESENTED Deshawn K. Nunley | | VOUCHER NUMBER 0645.1835229 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 4:23-MJ-30378-1-CI | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   *(Case Name)* USA v Deshawn K. Nunley | 8. PAYMENT CATEGORY Felony (including pre-trial diversion of alleged felony) | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:922A.F

| 12. ATTORNEY'S NAME *(First Name, M. I., Last Name, including any suffix)* AND MAILING ADDRESS<br><br>Ebony L. Ellis - Bar Number: P80848<br><br>120 N. Michigan Avenue, Ste. 303<br>Saginaw, MI 48602<br>Phone: 989-355-1717  Fax: 989-352-3141 | 13. COURT ORDER |
|---|---|

13. COURT ORDER

- ☐ O Appointing Counsel
- ☐ C Co-Counsel
- ☒ F Subs For Federal Defender
- ☐ R Subs For Retained Attorney
- ☐ P Subs For Panel Attorney
- ☐ Y Standby Counsel

Prior Attorney's Name: _____
   Appointment Dates: _____
   Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR

☐ Other  *(See Instructions)*

_Curtis Ivy S_
Signature of Presiding Judge or By Order of the Court
9/21/2023
Date of Order         Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☒ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

Ebony Ellis - TIN: XX-XXXXXXX

120 N. Michigan Avenue, Ste. 303
Saginaw, MI 48602
Phone: 989-355-1717  Fax: 989-352-3141

| CLAIM FOR SERVICES AND EXPENSES | | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. | a. Arraignment and/or Plea | 1.30 | $213.20 | | | |
| | b. Bail and Detention Hearings | 3.30 | $541.20 | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | 1.50 | $258.00 | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $ 164.00, 172.00)  TOTALS | 6.10 | $1,012.40 | | | |
| 16. | a. Interviews and Conferences | 15.60 | $2,609.60 | | | |
| | b. Obtaining and reviewing records | 14.60 | $2,427.20 | | | |
| | c. Legal research and brief writing | 8.00 | $1,376.00 | | | |
| | d. Travel time | 12.20 | $2,029.60 | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $ 164.00, 172.00)  TOTALS | 50.40 | $8,442.40 | | | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | $507.80 | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | $9,962.60 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM:  9/21/2023 | TO:  8/13/2024 | | |

22. CLAIM STATUS  ☒ Final Payment  ☐ Interim Payment Number ___0___  ☐ Supplemental Payment  ☐ Withholding Payment  (---)  (---)

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ Yes  ☒ No  If yes, were you paid?  ☐ Yes  ☐ No
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  ☐ Yes  ☒ No  If yes, give details on additional sheets
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney  Ebony L. Ellis /S/        Date  12/15/2024

| APPROVED FOR PAYMENT - COURT USE ONLY | | | | | |
|---|---|---|---|---|---|
| 23. IN COURT COMP. $0.00 | 24. OUT OF COURT COMP. $0.00 | 25. TRAVEL EXPENSES $0.00 | 26. OTHER EXPENSES $0.00 | 27. TOTAL AMT. APPR./CERT. $0.00 | |
| 28. SIGNATURE OF THE PRESIDING JUDGE X | | | DATE: 12/18/24 | | 28a. JUDGE CODE |
| 29. IN COURT COMP. $0.00 | 30. OUT OF THE COURT COMP. $0.00 | 31. TRAVEL EXPENSES $0.00 | 32. OTHER EXPENSES $0.00 | 33. TOTAL AMT. APPROVED $0.00 | |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount* | | DATE | | 34a. JUDGE CODE | CERTIFIED AMT. |

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE 0645 | 2. PERSON REPRESENTED Mattek Scott | | VOUCHER NUMBER 0645.1841106 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 4:24-MJ-30516-1-CI | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) United States of America v. Scott | 8. PAYMENT CATEGORY Other representation required or authorized by the CJA (including. | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE Other Types (e.g., line ups, consultants, prisoner transfer, etc.) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Sanford Plotkin - Bar Number: P38691
12355 Whittaker Rd.
Milan, MI 48160
Phone: 248-798-5756

13. COURT ORDER
☐ O Appointing Counsel ☐ C Co-Counsel
☒ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel
Prior Attorney's Name:
Appointment Dates:
Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
Other (See Instructions)
Curtis Ivy S
Signature of Presiding Judge or By Order of the Court
12/11/2024
Date of Order          Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment. ☐ YES ☒ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

Sanford Plotkin - TIN: XX-XXXXXXX
12355 Whittaker Rd.
Milan, MI 48160
Phone: 248-798-5756

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH TECH. ADJUSTED HOURS | MATH TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | 0.50 | $86.00 | | | |
| (RATE PER HOUR = $ 172.00) TOTALS | 0.50 | $86.00 | | | |
| 16. a. Interviews and Conferences | 0.50 | $86.00 | | | |
| b. Obtaining and reviewing records | 0.50 | $86.00 | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | 2.00 | $344.00 | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ 172.00 ) TOTALS | 3.00 | $516.00 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc) | | $100.50 | | | |
| 18. Other Expenses (other than expert, transcripts, etc) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | $702.50 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: 12/11/2024 TO: 12/11/2024

20. APPOINTMENT TERMINATION DATE: IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number 0 ☐ Supplemental Payment ☐ Withholding Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ Yes ☒ No If yes, were you paid? ☐ Yes ☐ No
Other than from the Court, have you,or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ Yes ☒ No If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney Sanford Plotkin /S/          Date 12/17/2024

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. $0.00 | 24. OUT OF COURT COMP. $0.00 | 25. TRAVEL EXPENSES $0.00 | 26. OTHER EXPENSES $0.00 | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE X | | DATE 12/18/24 | | 28a. JUDGE CODE |
| 29. IN COURT COMP. $0.00 | 30. OUT OF THE COURT COMP. $0.00 | 31. TRAVEL EXPENSES $0.00 | 32. OTHER EXPENSES $0.00 | 33 TOTAL AMT. APPROVED $0.00 |
| 34 SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | | DATE | 34a. JUDGE CODE | CERTIFIED AMT. |

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0645 | Kasaundra McGill | | 0645.1827268 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | | | 4:24-MS-51112-1-Ci |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| In Re: Grand Jury Witness | Other representation required or authorized by the CJA (including, | Other | Witnesses (Grand Jury, a Court, the Congress, a Federal Agency, et |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS

Elias Escobedo - Bar Number: 37808

995 W. Huron
Waterford, MI 48328
Phone: 248-682-8400 Fax: 248-682-6212

13. COURT ORDER

- [ ] O Appointing Counsel
- [ ] C Co-Counsel
- [x] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name:
Appointment Dates:
Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR

- [ ] Other (See Instructions)

Curtis Ivy /S/

Signature of Presiding Judge or By Order of the Court

9/26/2024
Date of Order      Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   [ ] YES   [x] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

Elias J. Escobedo, Jr. PLLC - TIN: XX-XXXXXXX

995 W. Huron
Waterford, MI 48328
Phone: 248-682-8400 Fax: 248-682-6212

## CLAIM FOR SERVICES AND EXPENSES      FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ 0.00) TOTALS | | | | | |
| 16. a. Interviews and Conferences | 4.00 | $688.00 | | | |
| b. Obtaining and reviewing records | 0.60 | $103.20 | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | 1.40 | $240.80 | | | |
| e. Investigative and other work (Specify on additional sheets) | 4.60 | $791.20 | | | |
| (RATE PER HOUR = $ 172.00 ) TOTALS | 10.60 | $1,823.20 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc) | | $50.25 | | | |
| 18. Other Expenses (other than expert, transcripts, etc) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | $1,873.45 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM: 9/26/2024 | TO: 11/6/2024 | | |

22. CLAIM STATUS   [x] Final Payment   [ ] Interim Payment Number 0   [ ] Supplemental Payment   [ ] Withholding Payment (---) (---)

Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] Yes [x] No   If yes, were you paid? [ ] Yes [ ] No
Other than from the Court, have you or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] Yes [x] No   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney   Elias Escobedo /S/      Date   12/12/2024

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 28. SIGNATURE OF THE PRESIDING JUDGE | DATE: 12/18/24 | 28a. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF THE COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33 TOTAL AMT. APPROVED |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount* | DATE: | 34a. JUDGE CODE | CERTIFIED AMT. |
|---|---|---|---|

Case 2:24-cv-13430-SFC-EAS   ECF No. 1, PageID.92   Filed 12/20/24   Page 92 of 92